AO 91 (Rev. 11/11)  Criminal Complaint

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: May 19, 2022

# UNITED STATES DISTRICT COURT
## for the
### Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>STEPHANIE RUSSELL<br><br>Defendant(s) | Case No.<br>3:22-mj-305 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2021 to May 19, 2022__ in the county of __Jefferson__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1958 | Use of interstate commerce facilities in commission of murder-for-hire |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Mariola Hernandez, FBI
Printed name and title

Sworn to before me by telephone or other reliable electronic means.

Date: May 19, 2022

_____
Judge's signature

City and state: Louisville, Kentucky

Regina S. Edwards, U.S. Magistrate Judge
Printed name and title