**FILED**
JAMES J. VILT, JR. - CLERK

MAY 24 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky

**EXHIBIT INVENTORY**

Case Number: 3:22MJ-305-RSE   Style of Case: USA v. Stephanie Russell
Received from: T. Bush   Received by: DWohner   Date: 5/24/2022

Proceedings: Preliminary & Detention Hearing

| NUMBER | DESCRIPTION |
|---|---|
| USA EXH1 | Findings of Fact, Conclusions of Law and Custody Decree - Crabtree v. Russell 18CI501606 |

NOTES: _____

**DISPOSITION OF EXHIBITS:**

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION: _____
DATE: _____ RETURNED BY: _____, Deputy Clerk