

# Case Assignment
## Standard Criminal Assignment

Case number **3:22CR-58-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 6/15/2022 12:08:51 PM
Transaction ID: 68567

[ Request New Judge ]   [ Return ]