**FILED**
JAMES J. VILT, JR. - CLERK

JUN 15 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA	PLAINTIFF

v.	Criminal Action No.: 3:22-CR-58-DJH

STEPHANIE M. RUSSELL	DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Marisa J. Ford hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

Marisa J. Ford
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5930
Email: marisa.ford@usdoj.gov