UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                                PLAINTIFF

V.

STEPHANIE RUSSELL                                     DEFENDANT

**NOTICE OF APPEARANCE**

Scott C. Cox and the law firm of Cox & Mazzoli, PLLC hereby enter their appearance as retained counsel of record on behalf of Ms. Russell in the above styled matter.

                                                         **RESPECTFULLY SUBMITTED,**

                                                         /s/ *SCOTT C. COX*
                                                         **SCOTT C. COX**
                                                         600 West Main Street, Suite 300
                                                         Louisville, Kentucky  40202
                                                         (502) 589-6190

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                                         /s/ **SCOTT C. COX**
                                                         Scott C. Cox