UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                                                          PLAINTIFF

V.

STEPHANIE RUSSELL                                                                  DEFENDANT

## NOTICE OF APPEARANCE

Coleman Cox hereby enters his appearance as retained co-counsel of record on behalf of Ms. Russell in the above styled matter along with the Honorable Scott C. Cox and the law firm of Cox & Mazzoli, PLLC.

**RESPECTFULLY SUBMITTED,**

/S/ COLEMAN COX
**COLEMAN COX**
600 West Main Street, Suite 300
Louisville, Kentucky   40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/S/ COLEMAN COX
Coleman Cox