UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ELECTRONICALLY FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:22-CR-58-DJH |
| STEPHANIE RUSSELL | DEFENDANT |

## NOTICE OF APPEARANCE

Please take notice, pursuant to LCrR 57.5(b), that Michael R. Mazzoli, of Cox & Mazzoli PLLC, 600 West Main Street, Suite 300, Louisville, Kentucky 40202, hereby enters his appearance as co-counsel on behalf of Defendant Russell in this action. Copies of all pleadings and other papers in this action should hereafter be served on Mr. Mazzoli at the address shown below.

Respectfully submitted,

*Michael R. Mazzoli*
Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox , II
Attorneys for Defendant Russell
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MazzoliCMLaw@aol.com

## CERTIFICATE OF SERVICE

On June 21, 2022, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli