UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                 PLAINTIFF

v.                                                      CRIMINAL ACTION NO. 3:22CR-58-DJH

DR. STEPHANIE M. RUSSELL                                  DEFENDANT

## MOTION TO CONTINUE TRIAL

Comes now the United States America, by counsel, and moves to continue the trial of this action, currently scheduled for August 22, 2022. [DN 21]. As grounds for this motion, counsel states that additional time is necessary to complete discovery and prepare for trial.

This is the first trial date in this case. The undersigned is scheduled to begin a trial in Owensboro on July 12, 2022, in *United States v. Maike, et al.,* 4:17CR-12-GNS. The expected length of that trial is approximately four weeks which will make the undersigned unavailable until on or about August 12, 2022. While initial discovery has been produced in this case, the United States anticipates there will be some supplemental discovery. A continuance of the August 22nd trial date is necessary to allow discovery to be completed, and to allow counsel for the United States time for the effective preparation for trial, taking into account the exercise of due diligence. The United States thereby requests that the trial be remanded from the August trial docket, that this matter be set down for a later trial date, and the intervening time be excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and B(ii).

Wherefore, the United States requests that the trial be continued pending further Order.

        Respectfully submitted,

        MICHAEL A. BENNETT
        UNITED STATES ATTORNEY

        /s/  *Marisa J. Ford*
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky 40202
        (502) 582-5930