UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.

STEPHANIE RUSSELL                                                                        DEFENDANT

## STEPHANIE RUSSELL'S RESPONSE TO MOTION TO CONTINUE TRIAL

Stephanie Russell has no objection to the United States' Motion to Continue trial (Doc. No. 25).

**RESPECTFULLY SUBMITTED,**

/s/ *SCOTT C. COX*
**SCOTT C. COX**
**COX & MAZZOLI, PLLC**
600 WEST MAIN STREET, SUITE 300
LOUISVILLE, KENTUCKY 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Scott C. Cox*
Scott C. Cox