UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                      Plaintiff,

v.                    Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,                      Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on July 6, 2022, with the following counsel participating:

    For the United States:    Marisa Ford

    For Defendant:    David Mour
                              Scott Cox
                              Scott Coleman Cox, II

The Court and counsel discussed the procedural posture of the case. The United States reported that discovery is in progress. Defense counsel anticipated filing a motion to suppress. The parties agreed that a continuance of the trial date would likely be necessary. The United States has since filed a motion to continue (Docket No. 25), to which the defendant does not object (D.N. 26). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the unopposed motion to continue (D.N. 25) is **GRANTED**. The trial of this matter, currently set for August 22, 2022, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial dates and deadlines are **VACATED**.

A further status conference will be set by subsequent order.

Court Time: 00/10
Court Reporter: Dena Legg

cc:    Jury Administrator

1