UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:22CR-58-DJH

DR. STEPHANIE M. RUSSELL     DEFENDANT

## MOTION FOR EXTENSION OF TIME

Comes now the United States America, by counsel, and moves for an extension of time in which to respond to Defendant's motion to revoke the order of detention pending trial. [DN 28]. As grounds for this motion, counsel states that additional information is necessary to address the motion.

Wherefore, the United States requests an extension of time to respond to Defendant's motion taking into account the time necessary to obtain the additional information sought by the United States by separate motion.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ Marisa J. Ford
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5930