# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 3:22CR-58-DJH

DR. STEPHANIE M. RUSSELL     DEFENDANT

## ORDER

This matter is before the Court on the motion of the United States for an extension of time in which to respond to Defendant's motion to revoke the order of detention pending trial. [DN28].

The Court having considered the motion and being otherwise sufficiently advised, IT IS ORDERED that the motion of the United States be and it is hereby GRANTED.