UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                                CRIMINAL ACTION NO. 3:22CR-58-DJH

DR. STEPHANIE M. RUSSELL                                                         DEFENDANT

## SEALED ORDER

This matter is before the Court on sealed motion by the United States for leave to file a motion under seal, and being sufficiently advised,

The Court having considered the motion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion for leave to file under seal is granted.

Dated: August 9, 2022

David J. Hale, Judge
United States District Court