UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:22CR-58-DJH

STEPHANIE M. RUSSELL                                      DEFENDANT

**UNITED STATES' MOTION TO ACCEPT LATE FILING**

Comes the United States of America, by counsel, Marisa J. Ford, Assistant U.S. Attorney for the Western District of Kentucky, and respectfully requests the Court accept the late filing of the government's response to Defendants DN 28.   The United States needed the additional time to prepare its response to Defendant's motion to revoke the Magistrate Judge's Order of pre-trial detention.  The undersigned has been in trial in the Owensboro Division in *United States v. Richard G. Maike, et al.*, 4:17-cr-00012-GNS, which concluded with a jury verdict entered yesterday, September 7, 2022.

                                                      Respectfully submitted,

                                                      MICHAEL A. BENNETT
                                                      United States Attorney

                                                      /s/ Marisa J. Ford
                                                      Marisa J. Ford
                                                      Assistant U. S. Attorney
                                                      717 W. Broadway
                                                      Louisville, KY  40202
                                                      (502) 582-5911