# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

v.                                              **CRIMINAL ACTION NO. 3:22CR-58-DJH**

**STEPHANIE M. RUSSELL**                                                    **DEFENDANT**

## **ORDER**

This matter is before the Court on the motion of the United States to accept late filing of the government's response [DN 37] to Defendant's motion to revoke the order of detention pending trial. [DN28].

The Court having considered the motion and being otherwise sufficiently advised, IT IS ORDERED that the motion of the United States be and it is hereby GRANTED.