UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CRIMINAL ACTION NO. 3:22CR-58-DJH** |
| **STEPHANIE M. RUSSELL** | **DEFENDANT** |

## ORDER

This matter is before the Court on the motion of the United States to accept late filing of the government's response [DN 37] to Defendant's motion to revoke the order of detention pending trial. [DN28].

The Court having considered the motion and being otherwise sufficiently advised, IT IS ORDERED that the motion of the United States be and it is hereby GRANTED.

September 9, 2022

David J. Hale, Judge
United States District Court