UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

**ORDER**

In accordance with the Court's prior Order (Docket No. 43), it is hereby

**ORDERED** that this matter is set for a final pretrial conference on **January 31, 2023, at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference.

December 14, 2022

David J. Hale, Judge
United States District Court