UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
3:22-CR-58-DJH

UNITED STATES OF AMERICA                                                                          PLAINTIFF

V.

STEPHANIE RUSSELL                                                                                  DEFENDANT

## ORDER

On motion Stephanie Russell, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the following document is filed under seal.

December 21, 2022

*David J. Hale, Judge*
*United States District Court*