UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA            PLAINTIFF

V.

STEPHANIE RUSSELL            DEFENDANT

**STEPHANIE RUSSELL'S MOTION FOR EXTENSION OF
TIME TO FILE MOTIONS TO SUPPRESS**

Stephanie Russell respectfully requests the Court to extend the deadline to file motions to suppress until January 6, 2023. Ms. Russell is still prohibited from having in person visits with her attorneys and the requirement for attorney/client communications to be limited to video conferences prolongs the ordinary amount of time necessary for review of discovery.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

RESPECTFULLY SUBMITTED,

/s/ SCOTT C. COX
SCOTT C. COX
COX & MAZZOLI, PLLC
600 WEST MAIN STREET, SUITE 300
LOUISVILLE, KENTUCKY 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Scott C. Cox*
Scott C. Cox