UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                                    **ORDER**

STEPHANIE RUSSELL                                                DEFENDANT

Motion having been made and with this Court being otherwise sufficiently

advised;

IT IS HEREBY ORDERED AND ADJUDGED that the deadline for Ms. Russell

to file motions to suppress in this matter is extended to January 6, 2023.