UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                          **ORDER**

STEPHANIE RUSSELL                                             DEFENDANT

Motion having been made and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the deadline for Ms. Russell to file motions to suppress in this matter is extended to January 6, 2023.

January 5, 2023

David J. Hale, Judge
United States District Court