UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:22-CR-58-DJH

STEPHANIE M. RUSSELL                                                        DEFENDANT

## ORDER FOR PSYCHOLOGICAL AND PSYCHIATRIC EXAMINATION

Upon consideration of the motion by the United States for a mental examination of the defendant herein; and the Court being otherwise sufficiently advised,

It is hereby ORDERED under the provisions of Rule 12.2(c)(1)(B) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 4247 that the defendant, Stephanie M. Russell, be examined by a qualified psychiatrist or psychologist and other appropriate medical personnel with the Bureau of Prisons to determine the presence of any mental disease or defect or any other mental condition bearing on the issue of guilt.

It is FURTHER ORDERED that the defendant, Stephanie M. Russell, be examined by qualified personnel, including a qualified psychiatrist or psychologist, at a federal medical facility to determine if she was criminally responsible on or about and between July 2021 and May 19, 2022, at the time of the commission of the alleged offense of using a facility in interstate commerce in the commission of murder-for-hire, in violation of Title 18, United States Code, Section 1958.  In determining criminal responsibility, the report of the examination should reflect (1) whether the defendant was suffering from a mental illness at the time of the commission of the crime; (2) if so, whether that illness was such as to prevent the defendant's knowing the wrongfulness of her acts; or (3) whether the mental illness was such as to render the

defendant substantially incapable of conforming her conduct to the requirements of the law he is charged with violating.

It is FURTHER ORDERED that the United States Marshal for the Western District of Kentucky make arrangements for transporting the defendant to and from a federal medical facility and arranging for the defendant to be examined as ordered above.

It is FURTHER ORDERED that the psychiatrist or psychologist at said facility shall forward his original report to the Court, with a copy to the United States Attorney, 717 West Broadway, Louisville, Kentucky 40202, at his earliest convenience.

It is FURTHER ORDERED that the time between the entry of this Order and the completion of any necessary competency hearing shall be excluded, pursuant to Title 18, United States Code, Section 3161(h)(4).

cc: United States Attorney
 United States Marshal
 Chief Probation Officer
 Counsel of record
 Federal Medical facility