# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**v.**                                                        **CRIMINAL ACTION NO. 3:22CR-58-DJH**

**STEPHANIE M. RUSSELL**                                                        **DEFENDANT**

## MOTION TO CONTINUE TRIAL

Comes now the United States America, by counsel, and moves to continue the trial of this action, currently scheduled for jury selection beginning February 10, 2023. [DN 43].

The Defendant tendered notice on or about December 20, 20, 2022, of her intention to introduce expert evidence of a mental condition relating to a mental disease or defect or any other mental condition bearing on the issue of guilt. The Defendant has provided the United States with copies of reports prepared by a forensic psychiatrist and psychologist she intends to call at trial. The United States has filed a motion for its own psychiatric and psychological evaluation of the Defendant. [DN 53].

As the United States noted in its motion for an evaluation, whether defendant's evidence of a mental condition is even admissible at trial presents complex questions of fact and law such that it is unreasonable to expect adequate preparation for either pretrial proceedings or the trial itself within the time limits established by 18 U.S.C. § 3161.[1] [Id.] For that reason, the United

---

[1] If the Court grants the United States' motion for its own psychological evaluation of the Defendant, the time required for such examination and for travel to/from the place of examination would also be excluded from the calculation of the time within which the case must be tried pursuant to 18 U.S.C. § 3161(h)(1)(A) and (F).

States has also requested a pretrial evidentiary hearing on the admissibility of Defendant's proposed non-insanity mental condition evidence.

The United States thereby requests that the trial be remanded from the February trial docket, that this matter be set down for a later trial date, and the intervening time be excluded from the Speedy Trial Act calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and B(ii).

Wherefore, the United States requests that the trial be continued pending further Order of the Court.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ *Marisa J. Ford*
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
Marisa.ford@usdoj.gov