UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                                                                                        **CRIMINAL ACTION NO. 3:22CR-58-DJH**

**STEPHANIE M. RUSSELL**                                                                  **DEFENDANT**

## ORDER

This matter is before the Court on motion of the United States to continue the trial of this matter set for February 10, 2023.  The Court having considered the motion and being otherwise particularly advised,

**IT IS ORDERED** that the United States' motion to continue trial is granted and is in the interests of justice.  This matter is remanded from the Court's trial docket, and the matter is set for a further proceeding in court on _____, 2023, at _____.  The time between this Order and the further proceeding is excluded from the Speedy Trial computation pursuant to Speedy Trial Act calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and B(ii).