UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,   Plaintiff,

v.   Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,   Defendant.

\* \* \* \* \*

### ORDER

The United States having filed motions for psychiatric examination of the defendant (Docket No. 53) and to continue the trial of this matter (D.N. 54), it is hereby

**ORDERED** that the defense shall respond to the government's motions on or before **January 25, 2023**.

January 19, 2023

David J. Hale, Judge
United States District Court