UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                         CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                             DEFENDANT

**ORDER**

The United States having moved for a mental examination of the defendant (R. 53) and for a continuance of trial (R. 54), the defendant having responded, and the Court being otherwise sufficiently advised,

It is hereby ORDERED under the provisions of Rule 12.2(c)(1)(B) of the Federal Rules of Criminal Procedure that defendant Stephanie M. Russell be examined by a qualified psychiatrist and/or psychologist chosen by the United States for the purpose of determining the presence of any mental disease or defect or any other mental condition bearing on the issue of guilt;

It is FURTHER ORDERED that the examination may evaluate Dr. Russell's current cognitive and psychological status and determine the existence of underlying active psychiatric illnesses, issues related to cognitive capacity, personality factors, or other mental health issues affecting the defendant's thinking

and behaviors as relevant to her alleged crime, and the report of the examination (*see* 18 U.S.C. § 4247(c)) should reflect:

(1) the defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to whether the defendant was suffering from a mental illness at the time of the commission of the crime;

[It is FURTHER ORDERED that the defendant shall be released pending trial under a subsequent order of this Court setting appropriate conditions for such release;]

It is FURTHER ORDERED that the psychiatrist and/or psychologist shall forward the original report of the examination to the Court, with a copy to the United States Attorney, 717 West Broadway, Louisville, Kentucky 40202, and to counsel for the defendant, Scott C. Cox, 600 West Main Street, Suite 300, Louisville, Kentucky 40202;

It is FURTHER ORDERED that the report of the examination shall be delivered to the Court within thirty (30) days of the entry of this Order, subject to any extension of time granted by the Court following a motion filed within the thirty-day period showing good cause for the requested extension of time;

It is FURTHER ORDERED that the matter is remanded from the Court's trial docket, and the period between the entry of this Order and the timely delivery of the report of the examination shall be excluded from the Speedy Trial Act calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii); and

It is FURTHER ORDERED that the matter is set for a further proceeding in court on _____, 2023, at _____.