UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL, Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a hearing on January 30, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa Ford |
| For Defendant: | Scott Cox |
| | Michael Mazzoli |
| | David Mour |
| | Coleman Cox |

The defendant was present. The Court and counsel discussed the procedural posture of the case, including the pending motions. The Court heard oral argument on the government's motion for psychiatric evaluation (Docket No. 53) and took that motion under advisement. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The government's motion to continue (D.N. 54) is **GRANTED**. The trial of this matter, currently set for February 10, 2023, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(2) The defense shall file its expert reports in the record. The reports may be filed under seal without further order of the Court.

January 31, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/30
Court Reporter: Dena Legg
cc:   Jury Administrator

1