UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                                    **CRIMINAL ACTION NO. 3:22CR-58-DJH**

**STEPHANIE M. RUSSELL**                                                    **DEFENDANT**

### ORDER

This matter is before the Court on the motion of the United States to reconsider the Court's Memorandum Opinion and Order entered February 14, 2023, directing the psychiatric examination of the Defendant by the Bureau of Prisons. The Court having considered the motion, and being otherwise sufficiently advised,

**IT IS ORDERED** that the government's motion for psychiatric examination [DN 53] is granted. Defendant Stephanie M. Russell shall be examined by a licensed or certified psychiatrist and/or psychologist retained by the United States. To the extent the Court's previous Memorandum Opinion and Order directed that the examination be done at a suitable federal medical center, and that the United States Marshals Service transport the Defendant to and from a federal medical center, the order is withdrawn,

**IT IS FURTHER ORDERED** that the examining psychiatrist and/or psychologist shall prepare a report of the examination as outlined in paragraph (2) of the Court's previous Memorandum and Opinion. [DN 59]

**IT IS FURTHER ORDERED** that the United States will transmit the defense experts' sealed reports to the psychiatrist and/or psychologist who will conduct the psychiatric examination of Russell for the United States, and that the examination and reports prepared by the government's experts shall be completed and filed on or before April 28, 2023.

**IT IS FURTHER ORDERED** that the period of delay resulting from the examination described herein is excludable for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A).