UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.        **STEPHANIE RUSSELL'S RESPONSE TO
          THE GOVERNMENT'S MOTION TO RECONSIDER**

STEPHANIE RUSSELL                                                             DEFENDANT

The defendant does not object to the government's motion to reconsider, and to withdraw or amend, the Court's Order requiring the Bureau of Prisons to evaluate Ms. Russell. Having Ms. Russell evaluated in Louisville should expedite the process and allow her case to be tried on an earlier date.

                **RESPECTFULLY SUBMITTED,**

                /s/ *SCOTT C. COX*
                **SCOTT C. COX**
                **COX & MAZZOLI, PLLC**
                600 West Main Street, Suite 300
                Louisville, Kentucky 40202
                (502) 589-6190

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                /s/ *Scott C. Cox*
                Scott C. Cox