UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,     Defendant.

\* \* \* \* \*

## ORDER

The Court previously ordered that Defendant Stephanie M. Russell undergo psychiatric or psychological examination at a federal medical facility. (Docket No. 59) The United States moves for reconsideration of that ruling to allow the examination to be conducted locally. (D.N. 60) Russell does not object to the government's motion. (D.N. 61) Accordingly, by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) The government's motion to reconsider (D.N. 60) is **GRANTED**. The Court's February 14, 2023 Memorandum Opinion and Order (D.N. 59) is **AMENDED** to reflect that the psychiatric or psychological examination need not be conducted at a federal medical facility and that the U.S. Marshal need not transport the defendant to such a facility. The United States may retain a licensed or certified psychiatrist and/or psychologist of its choice to examine the defendant.

(2) The examining psychiatrist and/or psychologist shall prepare a report of the examination as set out in paragraph (2) of the Court's February 14 ruling. (D.N. 59, PageID.263) The examination and reports prepared by the government's experts shall be completed and filed with the Court, under seal, on or before **April 28, 2023**.

(3) The United States shall transmit the defense experts' sealed reports to its selected psychiatrist and/or psychologist.

March 3, 2023

David J. Hale, Judge
United States District Court