UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on May 30, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa Ford |
| For Defendant: | Scott Cox<br>David Mour |

The Court and counsel discussed the procedural posture of the case. Counsel for the United States reported that significant discovery remains outstanding. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) This matter is set for a status hearing on **June 12, 2023, at 3:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky. Counsel shall confer in advance regarding a potential trial schedule.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from May 30, 2023, to June 12, 2023, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a

2

continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

May 30, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg

2