UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                              Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,                                                                    Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A telephonic status conference was held in this matter on August 1, 2023, with the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa Ford |
| For Defendant: | David Mour |
| | Scott Cox |
| | Coleman Cox |
| | Michael Mazzoli |

The Court and counsel discussed the procedural posture of the case. Counsel for the United States reported that discovery is complete. All pretrial dates and deadlines remain in place.

August 2, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Terri Horton

1