UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:22-CR-00058-DJH |
| STEPHANIE RUSSELL | DEFENDANT |

## STEPHANIE RUSSELL'S PROPOSED STATEMENT OF THE CASE

Counsel for Stephanie Russell submit this proposed statement for the Court to read to the jury at the beginning of trial, which is currently scheduled to begin on November 8:

Dr. Stephanie Russell is accused in the Indictment of using the telephone with the intent to cause the murder of her ex-husband in exchange for money, an offense commonly referred to as "murder-for-hire." To prove Dr. Russell guilty of this crime, the United States must show, among other things, that Dr. Russell was not acting under the influence of extreme emotional disturbance when she engaged in the alleged conduct – in other words, that she was not in a

state of mind so inflamed or disturbed as to overcome her judgment and cause her to act uncontrollably.

\* \* \* \* \*

Counsel thanks the Court for its consideration of this proposed statement.

                Respectfully submitted,

                *Michael R. Mazzoli*

Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox , II
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MazzoliCMLaw@aol.com

and

David B. Mour
Law Office of David B. Mour
513 S. Second Street
Louisville, KY 40202
502-473-6464
dmour@louisvillefirm.com

Attorneys for Defendant Russell

2

## CERTIFICATE OF SERVICE

On October 3, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli