UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                                     DEFENDANT

### ORDER

Defendant having moved to give notice of the filing of a proposed statement of the case (R. 70), having been directed by this Court to file a proposed order for the motion (R. 72), and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion to Notice Proposed Statement of the Case is GRANTED.