UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                 PLAINTIFF

v.                                         CRIMINAL ACTION NO. 3:22-CR-58-DJH

STEPHANIE M. RUSSELL                                DEFENDANT

## MOTION FOR EXTENSION OF TIME

Comes now the United States America, by counsel, and moves for an extension of time in which to file its trial memorandum, proposed jury instructions, proposed voir dire questions, and proposed statement of the case. As ordered in the Court's Memorandum of Hearing and Order entered June 13, 2023, the pretrial compliance described above shall be filed on October 4, 2023, which is 5 weeks prior to trial. [DN 67, Page ID # 294-95]. Because of other case-related deadlines, as well as a personal medical issue, the United States needs additional time to complete its trial memorandum, and related documents, and requests a brief extension of time, through October 9, 2023, to submit those filings.

                                                                 Respectfully submitted,

                                                                 MICHAEL A. BENNETT
                                                                 UNITED STATES ATTORNEY

                                                                 /s/  *Marisa J. Ford*
                                                                 Marisa J. Ford
                                                                 Assistant United States Attorney
                                                                 717 West Broadway
                                                                 Louisville, Kentucky 40202
                                                                 (502) 582-5930