UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ELECTRONICALLY FILED

UNITED STATES OF AMERICA                      PLAINTIFF

v.                  CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                             DEFENDANT

## STEPHANIE RUSSELL'S NOTICE OF
## FILING PROPOSED ORDER

As directed by the Court's deficiency notice (R. 72), counsel for defendant Stephanie Russell gives notice that he is filing a proposed order for his previous Motion to Notice Proposed Statement of the Case (R. 70).

Respectfully submitted,

*Michael R. Mazzoli*

Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox, II
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MMazzoli@CoxAndMazzoli.com

and

David B. Mour
Law Office of David B. Mour
513 S. Second Street
Louisville, KY 40202
502-473-6464
dmour@louisvillefirm.com

Attorneys for Defendant Russell

## CERTIFICATE OF SERVICE

On October 11, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli