UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:22CR-58-DJH

STEPHANIE M. RUSSELL                                                                      DEFENDANT

## ORDER

This matter is before the Court on the motion of the United States for an extension of time through October 9, 2023, in which to file its trial memorandum, and proposed jury instructions, voir dire questions, and statement of the case

The Court having considered the motion and being otherwise sufficiently advised,

IT IS ORDERED that the motion of the United States be and it is hereby GRANTED.

October 12, 2023

David J. Hale, Judge
United States District Court