UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF


v.                                    CRIMINAL ACTION NO. 3:22CR-58-DJH


STEPHANIE M. RUSSELL                                        DEFENDANT


UNITED STATES' PROPOSED SUBSTANTIVE JURY INSTRUCTION

**Murder for Hire (18 U.S.C. § 1958)**

The defendant is charged in Count 1 of the indictment with causing another to travel in interstate commerce or using interstate commerce facilities in the commission of a murder-for-hire in violation of Section 1958 of Title 18 of the United States Code. For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant caused another person to travel in interstate commerce or, used, or caused another person to use a facility of interstate commerce, specifically, telephones;

Second, the defendant did so with the intent that murder be committed; and

Third, the defendant intended that the murder be committed in exchange for payment of money.

As to the first element, a "facility in interstate commerce" includes means of transportation and communication.  18 U.S.C. § 1958(b)(2).

As to the second element, the intent that murder be committed must have existed when the defendant caused another person to travel in interstate commerce or used the facility of interstate commerce. *United States v. Driggers*, 559 F.3d 1021, 1023 (9th Cir. 2009).

"State" includes a State of the United States as well as the District of Columbia, and any commonwealth, territory, or possession of the United States. 18 U.S.C. § 1958(b)(2).

"Pecuniary value" means anything of value, whether in the form of money, a negotiable instrument, a commercial interest, or anything else the primary significance of which is economic advantage. 18 U.S.C. § 1958(b)(1).

Adapted from Ninth Cir. Model Crim. Jury Instruction No. 16.7 (2022)).