UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:22CR-58-DJH

STEPHANIE M. RUSSELL                                                        DEFENDANT

## UNITED STATES' PROPOSED VOIR DIRE

1. Is any member of the panel acquainted, either professionally or socially, with:
   a. The defendant?
   b. The defense attorneys?
   c. The case agent?
   d. The Assistant United States Attorney?

2. This is a criminal case. Do any of you have any moral, religious, or philosophical beliefs that would prohibit you from being a fair and impartial juror in this case? In other words, does anyone have a problem with sitting in judgment of another person?

3. This case was investigated by the Federal Bureau of Investigation and the Louisville Metro Police Department. Has any member of the panel or any member of your family or your close friend/associate had any negative contact with any law enforcement agency? Would these experiences or opinions affect your ability to be fair and impartial to the government in this case?

4. There will be local law enforcement and federal agents testifying in this case. Has anyone had a particularly good or bad experience with the United States Attorney's office, a police officer, or federal agent-even something like getting a traffic ticket you did not think you deserved-that makes you feel law enforcement officers are untrustworthy?

5. Has anyone served in law enforcement in his or her community or elsewhere? Family members?

6. Has any member of the panel or any member of your immediate family or close friend/associate had an unpleasant experience in family court involving a divorce or child custody dispute?

7. Have any of you ever been the victim of crime, or do you have a friend or family member who has been the victim crime?

8. At the end of the case the Court will instruct you on the elements of each offense. Those are the facts that the government must prove to you beyond a reasonable doubt. Can you convict someone if the government has proven all the elements of the crime, but has not proven something else that you may be wondering about?

9. Do all of you understand that you must set aside any personal feelings you may have about what the law ought to be if they conflict with the law contained in the Court's instructions? Is there anyone who thinks that they will not be able to follow the law that the Court gives you in the instructions?

10. Have you ever been arrested or charged with a crime?

11. Have you or a close friend or family member ever testified for a defendant in a criminal trial?

12. Have you or a family member ever served time in a jail or prison?

13. Have any of you ever served on a jury before?

14. If you have served on a jury before, was it a civil or criminal case?

15. If you have served on a criminal jury before, did you deliberate and reach a verdict in the case?

16. If you did deliberate and reach a verdict, what was the verdict in the case?

17. If you served on either a criminal or civil jury before, did you serve as the foreperson?

18. If you served on either a criminal or civil jury before, is there anything about that experience that would prevent you from listening to the evidence in this case and bringing back a verdict based only on the evidence?

19. Do you understand that in federal court, the punishment a defendant receives, if any, is to be imposed by the Court and your verdict must in no way be affected by your concern for what punishment would be proper?

20. Are there any of you who have difficulty hearing, seeing, or sitting for long periods of time?

21. Are there any of you that have events in your life presently that would distract you or divert your attention from the testimony and evidence of this case?

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*Marisa J. Ford*
Marisa J. Ford
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
Marisa.ford@usdoj.gov