UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                                                PLAINTIFF

V.           **UNOPPOSED MOTION FOR LEAVE TO FILE
PROPOSED VOIR DIRE QUESTIONS OUT OF TIME**

STEPHANIE RUSSELL                                                  DEFENDANT

Undersigned counsel respectfully requests the Court to accept the defendant's proposed *voir dire* questions out of time. Counsel has been preparing for several trials and fell behind in preparing proposed jury selection questions. Counsel apologizes to the Court for any inconvenience. The United States does not object to this motion.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**
/s/ *SCOTT C. COX*
**SCOTT C. COX**
**COX & MAZZOLI, PLLC**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.                  /s/ *Scott C. Cox*
                                                                                                     Scott C. Cox