UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH

UNITED STATES OF AMERICA                                                                                      PLAINTIFF

V.                                                                **ORDER**

STEPHANIE RUSSELL                                                                                           DEFENDANT

Defendant Russell having moved for leave to file her proposed *voir dire* questions after the applicable deadline, and the United States having no objection, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the defendant's motion is GRANTED.