UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA PLAINTIFF

V.

**STEPHANIE RUSSELL'S PROPOSED VOIR DIRE QUESTIONS**

STEPHANIE RUSSELL DEFENDANT

As directed by the Court's Pretrial Order, Stephanie Russell, by counsel, hereby submits the following *voir dire* questions for the Court's consideration. In light of the Superseding Indictment that was just returned charging a second crime, the defendant would request the right to supplement this proposed *voir dire* after discovery is received from the government.

**RESPECTFULLY SUBMITTED,**
*/S/ SCOTT C. COX*
**SCOTT C. COX**
**MICHAEL R. MAZZOLI**
**COLEMAN COX**
**COX & MAZZOLI, PLLC**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

**DAVID B. MOUR**
513 S. 2nd Street
Louisville, KY 40202
(502) 473-6464

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

**/s/ *Scott C. Cox***
Scott C. Cox

## PRETRIAL PUBLICITY

1. Have you heard or read anything about this case from radio, television, newspaper, or the internet?

   (a) How did you hear about this case?
   (b) What do you recall hearing, seeing or reading about this case?
   (c) What was your reaction when you learned about it?
   (d) Based on what you heard, read, or saw, what opinions have you formed?
   (e) Is it fair to say that given the publicity, you started out thinking that Stephanie Russell is possibly or probably guilty of a crime?

2. Have friends, coworkers, neighbors or family members talked about this case? If yes:

   (a) Who?
   (b) How long ago?
   (c) What was said?
   (d) What was your reaction to what was said?

3. What was the first thing you remember reading or hearing about this case?

4. How many times have you discussed this case?

   (a) When?
   (b) With whom?
   (c) What did the other person say about this case?
   (d) What did you have to say about this case?

5. Of all the things you have read or heard about this case, what stands out in your mind the most?

6. Why does that [fact, event] stand out?

7. Do you have any family members or friends who work for the media? (Newspaper, radio, television, magazines, etc.?).

   (a) Who is that person?
   (b) What is this person's job?
   (c) What is your relationship with this person?
   (d) Has this person expressed any opinion about this case?
   (e) What was the opinion?
   (f) What was your reaction?

8. Do you think the media fairly presents both sides when they report on a criminal case? Why?

9. Do you think the media has fairly presented both sides of this case? Why?

10. Do you think it would be easy or difficult for a person accused of a crime to receive a fair trial when there has been pretrial publicity? Why?

**EXPERIENCE IN THE CRIMINAL JUSTICE SYSTEM**

11. Do any of you, or any of your family members or close friends know any judges, private criminal defense attorneys, public defenders, legal aid lawyers, legal secretaries, paralegals, investigators, state or federal prosecutors, or anyone else involved in criminal defense or prosecution work?

   (a) Who is that person or persons?
   (b) How well do you know them?
   (c) Would your connection to them affect your ability to sit and listen to the evidence in this case and serve as an impartial juror?

12. Have you, a relative, or any close friends ever been employed by (or sought employment from) or received training in any local state or federal law enforcement agency, or correctional agency, including but not limited to the following: United States Attorney's Office, district attorney or any prosecutor attorney's office, Military Police, prison guard, or any federal, state or local law enforcement agency not listed above?

13. Please explain your past involvement or connection with any of these organizations.

14. Would your prior experience or that of a close friend or family member affect your ability to decide this case based solely on the evidence?

15. You will hear from numerous law enforcement officers and federal agents as witnesses in this case. Does anyone believe that law enforcement officers or agents are more or less likely to testify truthfully? Why or why not?

16. Does everyone understand that they can accept in full the testimony from a law enforcement officer?

17. Does everyone understand they can reject all testimony from a law enforcement officer?

18. Does everyone understand that they can accept in part and reject in part testimony from a law enforcement officer?

19. Does everyone agree that a law enforcement officer is just like any other witness to be judged on their credibility just as any other witness?

**EXPERT WITNESSES AND OPINION TESTIMONY**

20. You will likely hear testimony from several physicians who practice psychiatry. These witnesses will likely discuss their medical opinions of Dr. Russell. Just as I asked about law enforcement witnesses, you may, but are not required to, accept a doctor's opinion. Has anyone here on the panel ever had a negative experience with a psychiatrist or a psychologist or any other mental health professional?

21. If so, would that affect your ability to listen to the testimony in this trial of a mental health professional and decide how much weight or credibility to give that testimony?

## PRIOR JURY SERVICE

22. Have any of you ever had previous experience serving as a juror?

    When?
    Where?
    What court?
    Was it a criminal or civil case?
    Were you able to reach a verdict in the case?
    What was the verdict?

23. Did anyone serve as the foreperson of a jury previously?

24. Have you or any family member ever served on a federal or state grand jury?

25. If so, would that affect your ability to reach a decision in this case based solely on the evidence that you hear?

## BURDEN OF PROOF

26. The government has the burden of proving a person's guilt beyond a reasonable doubt before a jury can return a guilty verdict. Does everyone understand that this burden is on the government and never shifts to a defendant? Does anyone think that if a person is charged with a crime, they must have done something wrong?

27. Will everyone agree to hold the government to that burden?

28. Because of that burden of proof, a defendant in a criminal case never is required to offer any evidence or testify. If a defendant offered no evidence in a trial and did not testify, would that affect your opinion of their guilt or innocence?

29. The defendant in a criminal case is always presumed to be innocent and that presumption stays with a defendant unless, and until, the government proves the case beyond a reasonable doubt. Does everyone agree to hold the government to that burden throughout the trial?

30. Has anyone had any prior contact with the legal system, such as civil litigation, or divorce or child custody actions, and in what context? (Such as plaintiff, defendant, witness?). What was your experience? What happened?

31. Has anyone ever taken your child to be treated by Dr. Russell, who is a local pediatrician? If your answer is yes, were you satisfied with the medical advice and treatment she provided to your child?

32. Have any of you or a close family member or friend ever been a victim of a crime? What happened? Was law enforcement involved in that matter? Were you satisfied with the result?