UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                                              CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE M. RUSSELL                                                             DEFENDANT

## UNITED STATES' EXHIBIT LIST

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 A-P | Screenshots of text messages between 224-363-0731 and 502-919-2250 | USA-001990 – USA-002005 |
| 2 | Audio Recording of FBI UCE and Defendant on 05.15.2022 (09:22) | USA-000004 |
| 3 | Audio Recording of FBI UCE and Defendant on 05.16.2022 (28:57) | USA-000005 |
| 4 | Audio Recording of FBI UCE and Defendant on 05.17.2022 (07:07) | USA-000006 |
| 5 | Call Log for FBI UCE phone (0731) | USA-001113 |
| 6 | Surveillance video of FBI UCE picking money up from the Coastal Biotech Drop Box on 05.18.2022 (01:30) | USA-001077 |
| 7 | Clipped Audio/Video of FBI UCE counting money from the Coastal Biotech Drop Box on 05.18.2022 (02:29) (03:56 – 06:25) | USA-000008 |
| 8 | Photograph of the Coastal Biotech Drop Box at Kidz Life Pediatrics | USA-001830 |
| 9 A-B | Photographs of UPS Laboratory Pak retrieved from the Coastal Biotech Drop Box from Kidz Life Pediatrics | USA-001831 USA-001832 |
| 10 | Photograph of U.S. Currency inside UPS Laboratory Pak retrieved from the Coastal Biotech Drop Box from Kidz Life Pediatrics | USA-001833 |
| 11 | Photograph of U.S. Currency once taken out of the UPS Laboratory Pak retrieved from the Coastal Biotech Drop Box from Kidz Life Pediatrics | USA-001834 |
| 12 | Photograph of U.S. Currency on money counter | USA-001829 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 13 | U.S. Currency in the amount of $3,500 retrieved from the Coastal Biotech Drop Box from Kidz Life Pediatrics (PHYSICAL) | |
| 14 A-D | Screenshots of text messages between J.R. and A.T. | USA-000105 – USA-000108 |
| 15 A-GG | Screenshots of texts messages between J.R. and J.B. | USA-001652 – USA-001684 |
| 16 A-H | Screenshots of text messages between J.B. and the Defendant | USA-000109 – USA-000116 |
| 17A | Full Audio/Video recording of CHS meeting with the Defendant on 05.12.2022 (Part 1) (17:32) | USA-000553 |
| 17B | Clipped Audio/Video recording of CHS meeting with the Defendant on 05.12.2022 (Part 1) | USA-000553 |
| 17C | Full Audio/Video recording of CHS meeting with the Defendant 05.12.2022 (Part 2) (12:15) | USA-000554 |
| 17D | Clipped Audio/Video recording of CHS meeting with the Defendant on 05.12.2022 (Part 2) | USA-000554 |
| 18 | Text Messages between 502-299-5303 and 214-435-1902 | USA-001182 |
| 19 | Alcatel – A406DL (IMEI 015695006292106) seized from Kidz Life Pediatrics on 05.19.2022 (PHYSICAL) | |
| 20 | Clipped Surveillance video of Stephanie Russell leaving money in the Coastal Biotech Drop Box on 05.18.2022 (01:22) | USA-001076 |
| 21 A-F | Stills of Stephanie Russell retrieving and returning the Coastal Biotech Drop Box on 05.18.2022 | |
| 22 | Search Warrant photograph taken at 7612 Wolfspring Ct. on 05.19.2022 (U.S. Currency) | USA-000520 |
| 23 | U.S. Currency in the amount of $2,475 seized during the Search Warrant execution at 7612 Wolfspring Ct. on 05.19.2022 (PHYSICAL) | |
| 24 A-C | Search Warrant photograph taken at 7612 Wolfspring Ct. on 05.19.2022 (Phone Box) | USA-000526 USA-000528 |
| 25 | Empty Tracfone box (IMEI 015695006292106) seized during the Search Warrant execution at 7612 Wolfspring Ct. on 05.19.2022 (PHYSICAL) | |
| 26A | Searched items from the iPhone 13 Pro Max (502-331-2977) | USA-001491 |
| 26B | Web History from iPhone 13 Pro Max (502-331-2977) | USA-001492 |
| 26C | Website visited from iPhone 13 Pro Max (502-331-2977) | USA-001518 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 26D | Website visited from iPhone 13 Pro Max (502-331-2977) | USA-001512 |
| 26E | Website visited from iPhone 13 Pro Max (502-331-2977) | USA-001505 |
| 26F | Website visited from iPhone 13 Pro Max (502-331-2977) | USA-001522 |
| 27 | Photograph of the flyer left on cars outside of Morgan Stanley | USA-001887 |
| 28A | Voicemail left for R.C. (1) | USA-001888 |
| 28B | Voicemail left for R.C. (2) | USA-001889 |
| 28C | Voicemail left for R.C. (3) | USA-001890 |
| 28D | Voicemail left for R.C. (4) | USA-001891 |
| 29A | Letter left in R.C.'s garage (PHYSICAL) | |
| 29B | Photograph of the letter left in R.C.'s garage | USA-001886 |
| 30 | Video of J.S. entering R.C.'s garage (00:12) | USA-001877 |
| 31 A-B | Stills of J.S. entering R.C.'s garage | |
| 32 | LMPD Harassment Complaint filed by R.C. | USA-001880 |
| 33 | Certified T-Mobile Records for 502-819-7313 | USA-001873 USA-001872 |
| 34 A-H | Certified LeadsOnline Records (Ticket Date: 01.07.2019) | USA-001835 – USA-001851 |
| 35 A-H | Certified LeadsOnline Records (Ticket Date: 01.25.2019) | USA-001852 – USA-001868 |
| 36 | J.S.'s Facebook Page | USA-001883 |
| 37 | 18-CI-501606 – Crabtree v. Russell – Findings of Fact, Conclusions of Law and Custody Decree | USA-001892 |

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ *Marisa J. Ford*
Marisa J. Ford
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5930
Marisa.Ford@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Marisa J. Ford*
Marisa J. Ford
Assistant United States Attorney