UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH
*Electronically Filed*

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                          **MOTION FOR IN PERSON ARRAIGNMENT**

STEPHANIE RUSSELL                                                                          DEFENDANT

Stephanie Russell was indicted last week in a Superseding Indictment charging an additional count against her. She is scheduled to be arraigned on this indictment this Wednesday, October 25, 2023 at 1:00 p.m. before Magistrate Judge Edwards *via* video conference. Ms. Russell does not agree to have her arraignment conducted *via* video conference but instead requests that she be brought to court and appear in person for all remaining court appearances between now and the end of her trial.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**
/s/ *SCOTT C. COX*
**SCOTT C. COX**
**COX & MAZZOLI, PLLC**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Scott C. Cox*
Scott C. Cox