UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | **ORDER** | |
| STEPHANIE RUSSELL | | DEFENDANT |

Motion having been made, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the defendant's motion to appear in person for her arraignment on October 25, 2023 at 1:00 p.m. is GRANTED.