# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CRIMINAL ACTION NO. 3:22CR-58-DJH** |
| **STEPHANIE M. RUSSELL** | **DEFENDANT** |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
### TO BE ARRAIGNED IN PERSON

Comes now the United States America, by counsel, for its response to the Defendant's motion to be arraigned in person, as opposed to by video conference. [DN 84]. The grand jury returned a Superseding Indictment in this case on October 18, 2023. [DN 77]. Defendant is scheduled to be arraigned by video conference on Wednesday, October 25, 2023, at 1:00 p.m. [DN 79]. On May 10, 2023, pursuant to General Order 23-05, authorization to use video conferencing in certain criminal proceedings in the Western District of Kentucky expired. In this instance, where a defendant withholds consent to appear by video conference for arraignment, the United States has no objection to Defendant's motion to be transported to Court for arraignment in person.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ Marisa J. Ford
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5930
Marisa.ford@usdoj.gov