UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-CR-58-DJH

STEPHANIE RUSSELL     Defendant.

\* \* \* \* \*

## ORDER FOLLOWING ARRAIGNMENT

Proceedings were held on October 25, 2023, for the purpose of arraignment. Defendant Stephanie Russell was present, in custody, with Scott C. Cox, retained counsel. Assistant United States Attorney Marisa J. Ford was present for the United States of America. The proceeding was digitally recorded.

As to the matter of arraignment, Defendant, by counsel, acknowledged her identity. She further acknowledged having been furnished a copy of the Superseding Indictment and advised of the nature of the charges contained therein.

Counsel, on behalf of Defendant, waived formal reading of the Superseding Indictment and entered pleas of **NOT GUILTY** to the charges contained therein. The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

It is hereby **ORDERED** that this matter shall remain on the Court's docket as previously scheduled for a final pretrial conference on **October 26, 2023 at 9:30 a.m.** before the Honorable David J. Hale, United States District Judge.

It is further **ORDERED** that the defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

1

|  |  |
|---|---|
| Date: October 25, 2023 | ENTERED BY ORDER OF THE COURT:<br>REGINA S. EDWARDS<br>UNITED STATES MAGISTRATE JUDGE<br>JAMES J. VILT, JR., CLERK<br>BY: /s/ *Ashley Henry*, Deputy Clerk |

Copies to:	Counsel of record
	U.S. Probation

0|05