UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH

UNITED STATES OF AMERICA     PLAINTIFF

V.     **ORDER**

STEPHANIE RUSSELL     DEFENDANT

Defendant Russell having moved for leave to file her proposed *voir dire* questions after the applicable deadline, and the United States having no objection, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the defendant's motion is GRANTED.

October 25, 2023

David J. Hale, Judge
United States District Court