UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:22-cr-58-DJH |
| STEPHANIE M. RUSSELL, | Defendant. |

\* \* \* \* \*

**MEMORANDUM OF HEARING AND ORDER**

This matter came before the Court for a final pretrial conference on October 26, 2023, with

the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa Ford |
| For Defendant: | David Mour |
| | Scott Cox |
| | Michael Mazzoli |

The defendant was present.  The Court and counsel discussed the procedural posture of the case,

including the superseding indictment returned on October 18, 2023 (Docket No. 77), and

additional discovery recently provided by the United States.  Defense counsel previewed a possible

motion to dismiss.  After a short break to permit defense counsel to confer with the defendant,

counsel orally moved to continue the trial date.  The United States did not oppose the requested

continuance.  Based on the discussion during the hearing, and with the agreement of the parties, it

is hereby

**ORDERED** as follows:

(1)     Defendant's unopposed motion to continue the trial date is **GRANTED**.  The jury

trial set for November 8, 2023, is **REMANDED** from the Court's docket and **RESET** for

**November 30, 2023, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.  Counsel

shall be present in the courtroom by 9:00 a.m.

(2)    In light of the recently returned superseding indictment (D.N. 77) and pursuant to

18 U.S.C. § 3161(c)(2), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that

**the period of delay from October 26, 2023, to November 30, 2023, is excludable in computing**

**the time within which the trial must commence under the Speedy Trial Act**.  The Court finds

that the ends of justice served by this delay outweigh the best interests of the public and the

defendant in a speedy trial because the defendant and her counsel would otherwise be denied the

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This delay is

not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to

obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

(3)    **On or before November 2, 2023**, each party shall file the following:

(a)    A trial memorandum containing

(i)    The statute(s) involved and elements of the offense(s) (with discussion of authorities, if disputed).

(ii)    A statement of undisputed and disputed facts.

(iii)    A separate statement of each unresolved substantive issue of law, with discussion and citations to authorities.

(iv)    A statement of evidentiary issues it is reasonably believed will be raised at trial, together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

(v)    A statement of any known or reasonably anticipated potential trial problems, or other issues that may assist the Court in trying the case.

(b)     Proposed substantive and special jury instructions with citations to authorities.  It is not necessary to submit standard general instructions. Additional requests at trial are to be kept to a minimum.

(c)     Proposed voir dire questions.

(d)     A brief proposed statement of the case suitable for reading to the jury pool at the start of voir dire.

Counsel shall file an exhibit list and premark for identification purposes all exhibits intended to be used at trial.  Counsel shall file a stipulation as to the authenticity of the exhibits.  Any objections to the authenticity of the exhibits shall be heard prior to trial at a time and place to be set by the Court.

The United States shall submit, for the Court's *in camera* review, a proposed witness list with a brief summary of the expected testimony of each witness and an estimate as to the amount of time that will be required to present the testimony in chief of each witness.  The witness list shall be submitted via e-mail to **chambers_judgehale@kywd.uscourts.gov**.

At the commencement of trial, the United States shall furnish the official court reporter a list of premarked exhibits intended to be used at trial.

The United States shall retain possession of physical exhibits (e.g., weapons, ammunition, drugs, etc.) during and after the trial, pending further orders of the Court.

(4)     Any **motions in limine** shall be filed **on or before November 9, 2023**.  **Responses** shall be filed **no later than seven (7) days after the motion is filed**.  There shall be **no replies**.

(5)     All motions, responses, and replies made pursuant to this Order shall be accompanied by a memorandum and shall conform to and are subject to the requirements and time limitations contained in Local Criminal Rule 12.1, except as otherwise provided herein.

(6)     This matter is set for a final pretrial conference on **November 16, 2023, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.  All counsel who plan to participate at trial shall attend the conference.

October 26, 2023

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/30
Court Reporter: Dena Legg

cc:     Jury Administrator