UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                              PLAINTIFF

v.                        CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                     DEFENDANT

## STEPHANIE RUSSELL'S PROPOSED
## REVISED JURY INSTRUCTIONS

Counsel for Defendant Stephanie Russell offer the attached substantive jury instructions for the Court's consideration and use in the trial of this case.  These instructions are intended to replace those the defense submitted previously in this action.  If events during the trial suggest that instructions on other substantive or evidentiary matters may also be appropriate, counsel will ask for permission to supplement these proposed instructions.

Respectfully submitted,

*Michael R. Mazzoli*

Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox, II
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MazzoliCMLaw@aol.com

and

David B. Mour
Law Office of David B. Mour
513 S. Second Street
Louisville, KY 40202
502-473-6464
dmour@louisvillefirm.com

Attorneys for Defendant Russell

## CERTIFICATE OF SERVICE

On November 2, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli