UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE M. RUSSELL                                                                    DEFENDANT

ORDER

This matter is before the Court on the United States' motion in limine. [DN 98]. The Court having considered the motion, and being otherwise sufficiently advised,

**IT IS ORDERED** that the motion of the United States be and it is hereby **GRANTED**.