UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                    CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE M. RUSSELL                                                                    DEFENDANT

NOTICE OF FILING PROPOSED ORDER

This is to give notice that the United States is filing a proposed Order with the motion in limine previously filed at DN 98.