UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:22-CR-00058-DJH |
| STEPHANIE RUSSELL | DEFENDANT |

**ORDER**

Defendant having moved to exclude from trial the testimony of government witness Kelli Marvin, Ph.D., pursuant to Fed. R. Crim. P. 16(d)(2)(C), and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.