UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                    PLAINTIFF

v.                        CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                           DEFENDANT

### ORDER

The defense having moved to substitute a corrected proposed order for the recently-filed motion to exclude (R. 100, Page ID # 424-429), and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The prior proposed order (R. 100-1) is stricken and the corrected proposed order (R. 101-1) is substituted in its place.