UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

* * * * *

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a final pretrial conference on November 16, 2023, with the following counsel participating:

　　For the United States:　　　Marisa Ford

　　For Defendant:　　　Scott Cox
　　　　　　　　　　　　Scott Coleman Cox, II

The defendant was present.  Counsel informed the Court that the parties are ready for trial.  The Court and counsel discussed the trial schedule and reviewed jury-selection procedures, to which the parties had no objection.  The Court and counsel also discussed the motion that defense counsel filed shortly before the hearing.  (Docket No. 100)  Based on the discussion during the hearing, and without objection, it is hereby

　　**ORDERED** as follows:

　　(1)　The trial of this matter will commence at **9:00 a.m.** on **November 30, 2023**, at the U.S. Courthouse in Louisville, Kentucky.  Counsel shall be present in court by **8:30 a.m.**

　　(2)　Any motion to dismiss Count Two of the second superseding indictment shall be filed no later than **November 21, 2023**.  If a motion is filed, the United States shall respond no later than **November 27, 2023**.

1

(3)  The United States shall respond to the motion to exclude rebuttal testimony (D.N. 100) no later than **November 21, 2023**.

November 20, 2023

David J. Hale, Judge
United States District Court

Court Time: 00/30
Court Reporter: Becky Boyd