UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                               PLAINTIFF

VS.                                                    CRIMINAL ACTION NUMBER: 3:22CR-58-DJH

STEPHANIE M. RUSSELL                                                                   DEFENDANT

**O R D E R**

This matter came before the undersigned on November 14, 2023, via video conference for arraignment on a Second Superseding Indictment. Assistant United States Attorney Marisa J. Ford appeared on behalf of the United States. The defendant appeared in custody from Oldham County Detention Center. Michael R. Mazzoli, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with hearing via video conference. The defendant, through counsel, acknowledged his identity and receipt of the Second Superseding Indictment. The defendant, through counsel, waived formality of arraignment and entered a plea of **NOT GUILTY** to the charges contained therein.

**IT IS HEREBY ORDERED** this matter is scheduled for a pretrial conference on **November 16, 2023, at 1:30 p.m.** before the Honorable David J. Hale, United States District Judge. The defendant shall remain in custody of United States Marshals Service pending further order of the Court.

November 17, 2023

Colin H Lindsay, Magistrate Judge
United States District Court

:03