UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                          DEFENDANT

## STEPHANIE RUSSELL'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Court invited defense counsel to consider whether the time needed to prepare for the cross examination of Dr. Kelli Marvin would justify a brief continuance of the trial, which is currently set to begin with jury selection on Thursday, November 30. Counsel are certain that more time is, in fact, essential to proper preparation for Dr. Marvin's testimony. In addition to Dr. Marvin's 298-page report and Jefferson Family Court testimony detailing her review of Ms. Russell's case, there is an abundance of source information incorporated into Dr. Marvin's case study, including police interviews of witnesses, recorded communications involving Ms. Russell's children, and education records. All of that requires scrutiny by counsel and, perhaps more important, the defense expert; following this, counsel will have to prepare not just for the cross-examination of Dr. Marvin,

but quite possibly will have to adjust the direct examination of the defense expert, also.

Given the amount of time needed for this preparation, and considering counsel's obligations to other clients and already-scheduled commitments in court, counsel ask the Court to postpone the trial until January 15 or January 22.  Counsel have conferred with Assistant United States Attorney Ford, and she has advised that the United States does not oppose a continuance until January 15 or January 22.  Of course, the decision is for the Court to make, and counsel for both parties will help the Court select a different date if the Court so desires.

Counsel appreciate the Court's consideration of their request.

Respectfully submitted,

*Michael R. Mazzoli*
Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox, II
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MMazzoli@coxandmazzoli.com

and

David B. Mour
Law Office of David B. Mour
513 S. Second Street
Louisville, KY 40202
502-473-6464
dmour@louisvillefirm.com

Attorneys for Defendant Russell

## CERTIFICATE OF SERVICE

On November 28, 2023, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli