UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                                       DEFENDANT

### ORDER

Defendant having moved to continue trial, the United States having advised that it does not oppose the requested postponement, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The Court shall set the trial date and make findings required by the Speedy Trial Act in a subsequent order.