UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                                   Plaintiff,

v.                                                                        Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,                                                                                      Defendant.

\* \* \* \* \*

### ORDER

Defendant Stephanie M. Russell has moved the Court to continue the jury trial currently set for November 30, 2023, to allow additional time to prepare for cross-examination of a recently disclosed witness. (Docket No. 107)  The motion is agreed to by the United States. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion to continue (D.N. 107) is **GRANTED**.  The trial of this matter, currently set for November 30, 2023, is **REMANDED** from the Court's docket to be reset by subsequent order.

November 29, 2023

David J. Hale, Judge
United States District Court

cc:     Jury Administrator

1