UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                          Plaintiff,

v.                                                                          Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,                                                                          Defendant.

\* \* \* \* \*

# ORDER

The United States filed a motion in limine on November 9, 2023, seeking to preclude three categories of evidence and argument that it casts as improper: (1) invitations for jury nullification, (2) attempts to muddy the burden of proof on Defendant Stephanie M. Russell's affirmative defenses, and (3) invocations of the consequences of conviction. (Docket No. 98) The time to respond to the motion passed with no opposition filed by Russell. (D.N. 90, PageID.362) Because Russell failed to respond, the Court will grant the motion.[1] *See* LCrR 47.1(d) ("Unless otherwise ordered by the Court, a party opposing a motion must file a response within 14 days of service of the motion. Failure to timely respond to a motion may be grounds for granting the motion"). To the extent the government challenges Russell's proposed jury instructions, that issue is more fully articulated in the United States' objection to the instructions

---

[1] The Court would grant the motion regardless, as all three lines of argument are properly foreclosed by a motion in limine. *See United States v. Walsh*, 654 F. App'x 689, 697 (6th Cir. 2016) (noting that courts may grant motions in limine to "preclude [defense counsel] from arguing or presenting evidence on topics that would lead to jury nullification"); *United States v. Chesney*, 86 F.3d 564, 574 (6th Cir. 1996) (holding that "argument about possible punishment in [the defendant's] case is foreclosed by well-settled precedent," and courts may "refus[e] to permit [the defendant] to argue about his possible punishment"); *United States v. Banker*, 876 F.3d 530, 533 (4th Cir. 2017) (holding district court properly granted the government's motion in limine clarifying its burden of proof); *United States v. Milligan*, No. 20-CR-20134, 2023 WL 7103268, at \*7 (E.D. Mich. 2023) (granting United States motion in limine to preclude defense argument and exhibits misstating the government's burden of proof).

1

(D.N. 103) and will be addressed in a separate ruling. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   The United States' motion in limine (D.N. 98) is **GRANTED**.

(2)   Russell **SHALL** file a written response to the United States' objections to Russell's proposed jury instructions (D.N. 103) no later than **December 4, 2023**.

November 29, 2023

David J. Hale, Judge
United States District Court