UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,     Defendant.

\* \* \* \* \*

## ORDER

The court previously granted Defendant Stephanie M. Russell's unopposed motion to continue the jury trial in this matter. (Docket No. 108; *see* D.N. 107) Accordingly, and with agreement of the parties, it is hereby

**ORDERED** as follows:

(1)     This matter is **SET** for trial by jury on **January 18, 2024, at 9:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky. Counsel shall be present in the courtroom by 9:00 a.m. The expected length of trial is seven days. A final pretrial conference will be set by subsequent Order. The pretrial deadlines that have already passed will not be reopened except upon a showing of good cause.

(2)     Pursuant to 18 U.S.C. § 3161(c)(2), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from November 29, 2023, to January 18, 2024, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant and her counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S.

Case 3:22-cr-00058-DJH   Document 110   Filed 11/30/23   Page 2 of 2 PageID #: 468

2

489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

November 30, 2023

David J. Hale, Judge
United States District Court

cc: Jury Administrator