UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                                           DEFENDANT

### ORDER

The government having objected to jury instructions proposed by Defendant Russell, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the government's objections are OVERRULED.