UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

**ORDER**

On the Court's own motion, it is hereby

**ORDERED** that the United States **SHALL** file a reply in support of its objections to the defense's proposed jury instructions on or before December 11, 2023.

December 5, 2023

David J. Hale, Judge
United States District Court

1