UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    CRIMINAL ACTION NO. 3:22-CR-58-DJH

STEPHANIE M. RUSSELL                                                          DEFENDANT

UNITED STATES' MOTION TO EXCEED PAGE LIMITATION FOR REPLY

Comes the United States, by counsel, and moves the Court for leave to exceed the page limitation for a reply pursuant to the Local Criminal Rules. LCrR 47.1(e) limits replies to 10 pages without leave of Court. The issues raised by the proposed substantive jury instructions in this case are legally complex. The United States' reply to Defendant's Response to Government's Objections to Her Proposed Jury Instructions is 14 pages in length, exceeding the page limitation by 4 pages.

The United States respectfully requests that the Court accept the Reply filed by the United States this date in excess of the page limitation set by local rule.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Marisa J. Ford*
Marisa J. Ford
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5930