UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                           CRIMINAL ACTION NO. 3:22-CR-58-DJH

STEPHANIE M. RUSSELL                                             DEFENDANT

## ORDER

This motion is before the Court on the motion of the United States, pursuant to Local Criminal Rule 47.1(e), for leave to exceed the 10-page limitation for a reply set therein. The Court having considered the motion, and being otherwise sufficiently advised,

**IT IS ORDERED** that the motion of the United States be and it is hereby **GRANTED**.