UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL, Defendant.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on January 17, 2024, with the following counsel participating:

For the United States:   Marisa Ford

For Defendant:   Scott Cox
   Michael Mazzoli
   Scott Coleman Cox, II

The Court and counsel discussed Defendant Stephanie M. Russell's motion to continue. (Docket No. 117) The United States did not oppose the requested continuance.

There is nothing in the Court's recent Memorandum and Order that formed the sole basis of the motion to continue that could not have been anticipated prior to the ruling. (*See* D.N. 116) Nevertheless, defense counsel assert that a continuance is necessary to allow for "developing a new approach to the case and preparing a different strategy for witness testimony." (D.N. 117, PageID.509-10) Accordingly, and with the agreement of the parties, it is hereby

**ORDERED** as follows:

(1) Defendant's unopposed motion to continue the trial date (D.N. 117) is **GRANTED**. The jury trial set for January 18, 2024, is **CONTINUED and REMANDED** from the Court's docket, to be reset by subsequent Order.

(2) This matter is set for a telephonic status conference on **January 18, 2024, at 2:30 p.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the toll-free number 1-877-402-9753 and entering access code 9073187#.

January 17, 2024

David J. Hale, Judge
United States District Court

Court Time: 00/15
Court Reporter: Dena Legg

cc: Jury Administrator

2