UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                                Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,                                                                     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 18, 2024, with the following counsel participating:

| | |
|---|---|
| For the United States: | Marisa Ford |
| For Defendant: | Michael Mazzoli |
| | Scott Cox |
| | Scott Coleman Cox, II |

The Court and counsel discussed a potential new trial schedule. Based on the discussion during the conference, and with the agreement of the parties, it is hereby

**ORDERED** that this matter is **SET** for a status hearing on **January 24, 2024, at 10:30 a.m.** at the U.S. Courthouse in Louisville, Kentucky.

January 19, 2024

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg

1