UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ELECTRONICALLY FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:22-CR-00058-DJH |
| STEPHANIE RUSSELL | DEFENDANT |

## STEPHANIE RUSSELL'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR MOTION *IN LIMINE* UNTIL FEBRUARY 23, 2024

The Court has ordered the parties to file simultaneous motions *in limine* by February 7, 2024, to discuss the "scope of admissible mental-health testimony and records from the preceding family-court litigation." (Order, R. 120 pg. 2 ¶ 3, Page ID # 517.) The defense asks the Court to extend that deadline by a little over two weeks, until Friday, February 23. The additional time will allow for better development and analysis of the relevant factual record, and the requested extension is intended to serve the interests of both parties and of the Court in the litigation of this issue. The defense has conferred with the Assistant United States Attorney regarding this motion, and she has indicated that the United States does not oppose the requested extension.

The defense accordingly asks the Court to enter the attached order, and counsel thank the Court for its consideration.

>Respectfully submitted,
>
>*Michael R. Mazzoli*
>
>Scott C. Cox
>Michael R. Mazzoli
>Scott Coleman Cox, II
>COX & MAZZOLI PLLC
>600 West Main Street, Suite 300
>Louisville, Kentucky 40202
>502-589-6190
>MMazzoli@coxandmazzoli.com
>
>and
>
>David B. Mour
>Law Office of David B. Mour
>513 S. Second Street
>Louisville, KY 40202
>502-473-6464
>dmour@louisvillefirm.com
>
>Attorneys for Defendant Russell

## CERTIFICATE OF SERVICE

On February 7, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

>*Michael R. Mazzoli*
>Michael R. Mazzoli