UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                                    DEFENDANT

### ORDER

Defendant having moved to extend the deadline for the parties to file simultaneous motions *in limine* discussing the scope of admissible mental-health testimony and records from the preceding family-court litigation (*see* Order, R. 120 pg. 2 ¶ 3, Page ID # 517) from February 7 until February 23, 2024, the United States having indicated that it does not oppose the motion, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The parties shall file their motions *in limine* by no later than February 23, 2024.

February 22, 2024

David J. Hale, Judge
United States District Court