UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:22-CR-00058-DJH |
| STEPHANIE RUSSELL | DEFENDANT |

## STEPHANIE RUSSELL'S OFFER OF PROOF

Counsel for defendant Russell submit the attached documents relevant to Ms. Russell's state of mind during the events at issue in the case. The materials will serve as an offer of proof pursuant to Fed. R. Evid. 103(a)(2) concerning evidence excluded as a consequence of the Court's Order of January 17, 2024 (R. 116, Page ID # 500-507). The documents also provide evidence in support of Ms. Russell's forthcoming motion *in limine* regarding the scope of admissible mental-health testimony and records from the preceding family-court litigation, as directed by the Court's Order of January 24, 2024 (R. 120, Page ID # 517). The offer of proof in these materials is a representative sample of available evidence, not all-inclusive; the defense reserves the right to submit additional materials as appropriate, and counsel expect that additional relevant testimony will have to be taken by avowal

during Ms. Russell's trial. *See Crane v. Sowders*, 889 F.2d 715, 716 (6th Cir. 1989).

The attached documents are:

| Item | Description |
|---|---|
| 1 | Report of Walter Butler, M.D., Dec. 16, 2022 |
| 2 | Report of Amy J. Trivette, M.D., April 23, 2023 |
| 3 | Findings of Fact, Conclusions of Law, and Custody Decree, Jeff. Family Court, Jan. 31, 2022 |
| 4 | Report of Kelli Marvin, Ph.D., Aug. 12, 2020 (pp. 1-8, 15-17, 24-47) |
| 5 | Transcript of audio recordings of phone communications between Stephanie Russell and undercover agent, May 15, 2022 (selected) |
| 6 | Text messages between Stephanie Russell and spiritualists, March 13-16, 2022 |

Respectfully submitted,

*Michael R. Mazzoli*

Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox, II
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MMazzoli@coxandmazzoli.com

and

David B. Mour
Law Office of David B. Mour
513 S. Second Street
Louisville, KY 40202
502-473-6464
dmour@louisvillefirm.com

Attorneys for Defendant Russell

## CERTIFICATE OF SERVICE

On February 22, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli

3