**Walter R. Butler, JD, MD**
Suite 210
3430 Newburg Road
Louisville, Kentucky 40218

Office: 502 454-8800
Fax: 502 736-0140

December 16, 2022

Mr. Scott C. Cox
Attorney at Law
Cox & Mazzoli, PLLC
Suite 300
600 West Main Street
Louisville, Kentucky 40202

RE: United States of America v. Stephanie Russell
Criminal Action No. 3:22-CR-00058-DJH
United States District Court for the Western District of Kentucky

Dear Mr. Cox:

You have advised that you represent Stephanie Russell in a criminal proceeding in the United States District Court for the Western District of Kentucky. Dr. Russell has been charged with Use of Interstate Commerce Facilities in Commission of Murder-For-Hire (18U.S.C section 1958).

The Criminal Complaint was filed by Mariola Hernandez, Special Agent with the FBI, and contained a description of the elements of the crime and described the alleged behaviors in which Dr. Russell purportedly made arrangements for the purpose of hiring someone to murder her then ex-husband.

Dr. Russell entered a plea of Not Guilty to those charges.

You have asked me to undertake a psychiatric evaluation of your client to determine any underlying active psychiatric illnesses, any issues related to cognitive capacity, personality factors, or other mental health issues affecting her thinking and behaviors related to the defendant's alleged criminal behavior.

As a part of that examination, I arranged for Dr. Wayne J. Harper, a licensed Kentucky psychologist, to administer and interpret a battery of psychological testing instruments. Dr. Harper and I reviewed documentation provided by your office including voluminous records relating to the divorce proceedings in Jefferson Circuit (Family) Court between your client and her estranged husband, Rick Crabtree. Those records included lengthy video testimony and a comprehensive psychological testing report by Kelli Marvin, Ph.D., a licensed Kentucky psychologist. Other records we reviewed included a copy of the Criminal Complaint in this case as well as other legal documentation.

SR-1

SR-2

Dr. Harper and I interviewed your client on July 30, 2022 in the U. S. Marshall's office in the Gene Snyder U. S. Federal Courthouse, and a second time at the Oldham County Detention Center in LaGrange, Kentucky on November 26, 2022. Dr. Harper conducted neuropsychological testing during the initial interview at the Federal Courthouse building.

CONFIDENTIALITY:
At the time of our interviews with your client, Dr. Harper and I both advised Dr. Russell that you had asked us to conduct the interviews and prepare separate reports that you might find useful in the defense of the case in the proceedings in Federal court. We told Dr. Russell that our reports would likely be utilized by you in the defense processes of her case and therefore would become public information. Your client agreed to proceed with the interviews with the understanding of these confidentiality issues.

REVIEW OF RECORDS:
At issue in this case the mental status of your client at the time of the alleged criminal activity. Your client's mental status was a significant component of the Family Court case and extensive psychological testing was performed in that case which involved divorce and custody of two children. Dr. Marvin provided the psychological assessment in that case and her conclusions were set forth in her lengthy report and in courtroom testimony.

In the Family Court case, Dr. Marvin concluded that Dr. Russell displayed thinking and behaviors strongly indicative of significant personality pathology with narcissistic and antisocial traits, and to a lesser extent histrionic and borderline features as well. Support for Dr. Marvin's conclusions in Family Court were based in part on the results of her psychological testing including the MMPI-2RF as well as her clinical observations and interviews. The MMPI-2RF is the revised second edition of the Minnesota Multiphasic Personality Inventory. That testing instrument did not produce clinical elevations on any scale suggestive of a severe mental illness. Dr. Marvin concluded that while testing elements could not diagnose personality pathology per se, the totality of observation and testing suggested a personality disorder with narcissism and antisocial traits.

Personality disorders are a class of mental disorders characterized by longstanding and enduring maladaptive patterns of behavior, cognition, thinking and inner experience, exhibited across many contexts and deviating from generally accepted cultural norms. These patterns develop early in life, are inflexible, and are associated with significant distress or disability across a broad range of personal and social situations.

Deviant thinking and behaviors in persons with personality pathology can include impairments in cognition (i.e., ways of perceiving and interpreting self, other people and events), affectivity (i.e., the range, intensity, lability and appropriateness of emotional response), interpersonal functioning and impulse control. The manifestations of personality pathology are of long duration and can be traced back to at least adolescence and early adulthood.

DR. HARPER'S PSYCHOLOGICAL TESTING:
Dr. Harper administered a battery of psychological testing instruments during the first interview with Dr. Russell in July 2022. A follow up interview followed in late November 2022. Dr. Harper and I then have met on several occasions to review the data and come to clinical conclusions regarding that data. Dr. Harper's testing processes yielded a variety of psychiatric conditions and personality factors affecting your client's thinking and behaviors.

Dr. Harper's 15-page testing report is attached. In it he delineates each of the testing instruments, the results of each test and the analysis and interpretation of the results of those instruments. Dr. Harper's report includes your client's personal history obtained from interview data provided by Dr. Russell.

*Validity*: Testing instruments were administered to assess Dr. Russell's engagement in the testing process and to assess any attempt to manipulate testing results. In each of these instruments, Dr. Russell produced results that noted full engagement and did not identify any attempt to malinger or distort testing results.

*Cognition*: On baseline screening, Dr. Russell's reading proficiency was robust and consistent with her advanced education. Both IQ assessment and demonstrated intellectual functioning were noted to be above average with no significant difference between verbal domain skills and those for visual problem solving.

*General Psychological Status and Personality Profile*:
Dr. Harper assessed Dr. Russell's general personality profile utilizing the MCMI (Millon Clinical Multiaxial Inventory III) and the PAI (Personality Assessment Inventory). The single elevated scale on her PAI profile was notable for prominent post-trauma related symptomatology, with accompanying upward trending for depressed mood. On the MCMI, Dr. Russell's clinical profile was notable for significant elevations for major depression, generalized anxiety and PTSD. Dr. Harper concluded that Dr. Russell met diagnostic criteria based on the testing results for those mental disorders.

Dr. Harper summarized the testing findings of these two instruments noting Dr. Russell's general adaptability in daily functioning, her confident demeanor, and conscientious work ethic. However, in times of stress or duress, Dr. Harper noted that persons with this clinical profile "in times of significant distress and challenge … tend to decompensate along a predicted pathway – becoming rigid and rule bound, ruminative and obsessive and more aggressively goal-directed. In this, such persons decompensate along the Obsessive-Compulsive/Histrionic /Narcissistic pathway, as intrapsychic processing and interpersonal problem-solving becomes less organized and more obsessively fixated."

In support of those conclusions, Dr. Harper noted testing results on the MCMI where Dr. Russell endorsed almost without exception every item on the OCD (Obsessive-Compulsive) scale. Elements of an obsessive personality include rigid compartmentalization of thoughts and feelings, separating outwardly positive thoughts

SR-4

and socially commendable behaviors from darker, forbidden thoughts.
In times of great stress, persons with this personality pathology can psychologically descend into a severe ruminative and fixated obsessive state, where such psychopathology has been shown in the research to reach levels at which paranoid, delusional and psychotic thinking can begin to emerge within the broader context of cognitive compartmentalization.

Dr. Harper noted in his report that research into obsessive-compulsive personality disorder with poor insight "can make you feel like you are literally losing your mind. OCD can be so intrusive and debilitating that it can be categorized as a form of psychosis."

MENTAL STATUS EXAM:
Dr. Harper and I initially met with Dr. Russell at the U.S. Marshal's office in the downtown Louisville Gene Snyder U. S. Federal Courthouse building on July 30, 2022. Dr. Russell was in a small room here she was sitting on the other side of a fence-like barrier. There were no ordinary office type chairs available for Dr Harper and me to sit on, and no tables on which to take notes. I had to sit on an upturned plastic crate to conduct the interview and Dr. Harper sat on a plastic chair brought in from another room to participate in the interview and conduct psychological testing.

Dr. Russell was dressed in jail garb. Despite the discomforts of the interview situation, Dr. Russell was fully engaged in the interview, cooperative and pleasant. There was no behavioral or emotional dyscontrol during the interview. She was not irritable, hostile, or agitated. Her verbalizations were unpressured, logical, and fluent. She was able to confront the allegations against her in a conversational tone without becoming emotionally overwhelmed. There was no evidence during our interview of active hallucinations, disorganized thoughts, ideas of reference or other indicia of a schizophrenic process. Likewise, there was no evidence of mania or racing thoughts. Her mood was diminished by her current situation and her lack of contact with her children. Dr. Russell noted that she had begun taking an antidepressant during the divorce and has continued on that medication.

FINDINGS/CONCLUSIONS:

My conclusions are based on the results of my two interviews with your client, the review of documentary materials and prior testing in the submitted record, and the data and conclusions arising from Dr. Harper's testing report.

Please see Dr. Harper's report where delineates Dr. Russell's personal and social history, medical and psychiatric history.

Your client's personal history and the testing data from several sources were clearly conclusive for the presence of several psychiatric diagnoses coupled with personality disorders that have affected her thinking and behaviors, particularly in the context of the divorce. Dr. Harper's report analyzes your client's testing data in great detail. It is worth

a careful review.

Dr. Stephanie Russell presents with complex psychiatric compromise and has a mixture of comorbid psychiatric and personality pathologies. The clinical interviews, review of previous records, and the report of psychological testing results indicated significant psychiatric and personality pathology.

The MCMI and the PAI testing results suggested elements of depression, generalized anxiety and post-traumatic stress with accompanying personality pathology with Narcissistic, Histrionic and Obsessive-Compulsive features.

As noted above in the discussion of Dr. Harper's testing findings, in times of significant distress and challenge, persons with this triad of personality pathologies will tend to decompensate along a predicted pathway – becoming rigid and rule bound, ruminative and obsessive and more aggressively goal-directed. Such persons decompensate along the Obsessive-Compulsive/Histrionic/Narcissistic pathway, as intrapsychic processing and interpersonal problem solving becomes less organized and more obsessively fixated, as Dr. Harper noted.

We must remember that Dr. Russell began displaying this decompensated thinking and behavior in the context of a contested divorce when she believed her two children had been neglected or abused by her then estranged husband. Her behaviors and thinking during the Family Court divorce case and thereafter decompensated along the pathways identified in Dr. Harper's testing report in the manner that she was pre-disposed to. This decompensation in thinking and the disturbances in her behaviors deteriorated to the point of a delusional psychosis under increasing intensities of stress and distress related to a very contentious custody battle in which she saw her husband as dangerous to her children.

Dr. Harper noted that based on testing results, Dr. Russell's delusional thinking and reckless behaviors arose from her self-perceived need to protect her children and crossed the threshold into psychotic thinking as predicted by the psychological testing results.

In her disturbed state of mind, your client regressed into a kind of psychotic "road rage state of mind." While the normal elements of life and work were superficially maintained, in the context of dealing with the issues relating to her estranged – later divorced - husband and her two young children, Dr. Russell became profoundly delusional and obsessively fixated. Her thoughts and behaviors were rageful, distorted from reality, delusional and psychotic. Within the context of this altered internal reality of protracted "road rage" psychosis, her behavior became singularly focused and obsessively goal directed in compelling that she protect her children at all costs.

Dr. Russell's rigid compartmentalization, as described in Dr. Harper's report, puts even simple acknowledgement of these divergent thoughts and behaviors beyond her awareness or recognition.

Dr. Russell's alleged behaviors were inflamed, aroused and perpetuated by her longstanding personality pathology to the point of a type of psychosis – a divergence from reality - which overwhelmed her sense of propriety and her otherwise routine acceptance of social norms.

These internal forces overwhelmed her judgment and were an extreme emotional disturbance causing her to behave in a manner entirely inconsistent with her lifetime of medical service and socially acceptable behaviors. These aberrant behaviors and thinking were driven by the compulsion – reasonable to her – to protect her children from perceived further harm.

And finally, it is worth noting that Dr. Russell has no reported prior history of any sort of violence and/or antisocial behaviors. Dr. Harper's testing did not support a diagnosis of psychopathy. Dr. Marvin in her extensive report in the Family Court case issued the following caveat to her own conclusions related to psychopathy:

> "Noteworthy is that, prior to the initiation of these proceedings, the respondent [Dr. Russell] presented no known risk factors for violence, and in this regard … her historical risk of violence is low."

I hope that my broad summary and Dr. Harper's very detailed testing report will be of use to you in the defense of your client. Both Dr. Harper and I will be available for further discussion of our findings and conclusions.

Please feel free to contact me at your convenience.

Very truly yours,

*Walter R. Butler, MD*
E-signature >> PDF File

# Walter R. Butler, J.D, M.D.
## Louisville, Kentucky

**Education:**

| | |
|---|---|
| Kenyon College<br>Gambier, Ohio 43022 | B.A. 1968 |

| | |
|---|---|
| Vanderbilt University School of Law<br>Nashville, Tennessee 37205 | J.D. 1973 |

    Admitted to the practice of law in the Courts of Kentucky,
      The United States District Court for the Western District of Kentucky,
United States Supreme Court

| | |
|---|---|
| University of Louisville School of Medicine<br>Louisville, Kentucky 40292 | M.D. 1990 |

    Residency Program in Psychiatry
    University of Louisville, School of Medicine
    Department of Psychiatry    July 1, 1990 to June 30, 1994

    Board Certified in General Psychiatry
    American Board of Psychiatry and Neurology, Inc.  1996, 2006, 2016

**Insurance-Based Experience**

Magellan Health Services
10101 Alliance Road, Suite 201
Cincinnati, Ohio 45242
*Tristate Care Management Center -Medical Director*
    January 2003-January 2009

Magellan Health Services
10200 Linn Station Road
Louisville, Kentucky 40223
*Associate Medical Director*
February, 2000-December 2002


Managed Care Programs, Inc.
137 West Muhammad Ali Blvd
Louisville, Kentucky 40202, and its successor corporations:
    ASC/Managed Care Programs
    Nashville, Tennessee;

VMC Behavioral Healthcare,
Gurnee, Illinois
*Medical Director*
1995 - 1999

Prest and Associates
401 Charmany Drive, Suite 305
Madison, Wisconsin 53719
2009 - present
*Consultant, Independent Review and State Appeals*

**Clinical/Medical Employment History:**

Louisville Behavioral Health Systems PLLC
3430 Newburg Road-Suite 210
Louisville, Kentucky 40218
October 1, 1999-present
*Outpatient Adult Mental Health Services* and *Consult-Liaison Psychiatric Services at Norton Audubon, Brownsboro and Suburban Hospitals*

LivingFree365: The Center for Addiction Recovery and Wellness PLLC
3430 Newburg Road, Suite 211
Louisville, Kentucky 40218
2008 – present
*Outpatient Substance Abuse Services*

JourneyPure/Quest House
2349 Russellville Road
Bowling Green, Kentucky 42101
Medical Director 2018 - 2022
*Chemical Dependency Services*

The Brook Hospital – Dupont (formerly Ten Broeck Hospital – Dupont)
1405 Browns Lane
Louisville, Kentucky 40207
Medical Director - November 2001-June 2014
Outpatient Services Medical Director - June 2014 – June 2016
*Inpatient/Outpatient Mental Health Services*

Louisville VA Medical Center
800 Zorn Avenue
Louisville, Kentucky 40206
Part time - March 1, 1991-October 31, 2000
*Psychiatric Compensation and Pension Evaluations*

Central State Hospital
10510 LaGrange Road
Louisville, Kentucky 40223
Director, Grauman Unit
July 1, 1994-September 30, 1999
Part time: July 1991 – June 1994; Oct 1999 – Oct 2000
*Inpatient Mental Health Services*

**Teaching and Community Organizations:**

Assistant Clinical Professor of Psychiatry
Department of Psychiatry
University of Louisville School of Medicine
Health Sciences Center
Louisville, Kentucky 40292
*Current*

Lecturer
University of Louisville School of Medicine
Department of Psychiatry
PGY –4 "Forensic Psychiatry"
1996-1998

Anthem Kentucky, Inc.
Blue Cross-Blue Shield Regional Quality Improvement Committee
2002-2010
*Physician Member*

Louisville-Jefferson County Metropolitan Government
Mental Health Division Review Board
Louisville, Kentucky
*Physician Member*
1998-2006

Governor's Task Force on Law, Violent Crime and Serious Mental Illness
1996-1997
*Physician Consultant*

**Professional Organizations;**
(Past and Current)

American Bar Association
Kentucky Bar Association
Louisville Bar Association

American Medical Association

American Psychiatric Association
American Association of Psychiatry and the Law
            Rappeport Fellow – 1993
American Association of Addiction Psychiatry

**Forensic Practice, Civil and Criminal Courts, Governmental Administrative Agencies, Private Corporations**

Jefferson District Court
Disability and Mental Inquest Division
514 West Jefferson Street
Louisville, Kentucky 40202
*Physician Member of Court-Appointed Interdisciplinary Team*
1992-2009
(Appointed by the court pursuant to KRS 387.450 for psychiatric disability evaluations and for expert testimony.)

Kentucky Board of Medical Licensure
310 Whittington Parkway, Suite 1B
Louisville, Kentucky 40222
*Psychiatry Consultant*
(Physician Fitness for Duty/Return to Work Assessments)

Experience in evaluation of:

Psychiatric illness arising out of workers' compensation claims and personal injury
Employment discrimination or sexual harassment
Medical malpractice claims
Birth injury, congenital malformation, toxic torts
Post-mortem "psychological autopsy" reports
Competency to stand trial
Criminal Responsibility Evaluations/Mental status at time of offense evaluations
Pre-sentencing evaluations
Inpatient psychiatric commitment assessments
Facility-administered inpatient medication evaluations
Assessment of workplace violence and potentially violent employees

Fitness for duty and return to work evaluations
Claims of workplace-induced mental disorders including military and other-related post-traumatic stress and other psychiatric illnesses

Experience in trial testimony, report or deposition:
United States District Court for the Western District of Kentucky

United States District Court for the Eastern District of Kentucky

Circuit and District Courts of Kentucky:

Jefferson County
Fayette County
Hart County
Nelson County
McCracken County
Christian County
Oldham County
Magoffin County
Shelby County
Daviess County

Kentucky Department of Workers' Claims

Kentucky Racing Commission

United States Department of Labor, Office of Workers' Compensation Programs, Division of Federal Employees' Compensation

United States Postal Service

# VITA / RESUME
## Wayne J. Harper, Ed.D.



138 Evergreen Rd // Suite 105.
Louisville, Ky. 40243

Office: 502-882-1831
Fax: 502-365-3015

email: waynej@twc.com

## CLINICAL AND WORK EXPERIENCE // CAREER HISTORY

June 2014 – Current
    **Sole practitioner in private practice.**
    Dr. Harper has returned to private practice. With over 20 years of licensed clinical experience, he is conducting evaluations and testing for ADHD, Brain Injury, Mood, Anxiety, Personality, PTSD, and Dementia. He specializes in treatment for: Families • Troubled Marriages • Adults • Teens/Kids (8+) • Seniors • Persons in Work/Life Transitions. Currently sitting on the Credentialing Oversight Committee for a local Managed Care Organization.

Nov 2005 – June 2014
    **Executive Director, Kilgore Samaritan Counseling Center.** Full administrative, clinical and fiscal responsibility for multi-office and multidisciplinary Outpatient Mental Health Counseling organization. Report to 18 members of a Board of Directors from the community and local stakeholder churches. Carry full caseload, seeing families and couples, individuals with relationship presentations, mood and anxiety disorders, as well as disorders of attention. Perform psychological and neurocognitive testing for a number of referral concerns including mood, anxiety, attentional disorders, cognition and brain injury. Consult to community organizations and local nursing homes upon request.

Sept 2000-Nov 2005
    **Chief Clinical Officer // Regional Vice President, Clinical Operations** for Magellan Behavioral Health Care Company. Clinical oversight and responsibility for more than 70 clinicians and support personnel in three sites, with accountability for over 3 million covered lives in five states, and over 2,500 practitioner- and facility-providers. QI / Compliance knowledge of state and federal laws and accreditation regulations related to treatment services, insurance, managed care, CMS, Medicaid, EMTALA, ERISA, HIPAA, HEDIS, URAC, NCQA and JCAHO. Budgetary accountability for Clinical operations and share general budgetary planning responsibility with regional senior management for service region. Implement and develop ongoing Clinically-related Quality Assurance and improvement activities. Direct and develop clinical metric analyses and statistical model building of health information variables related to utilization management, predictive modeling and outlier identification. Member- and provider- relations and refinement of clinical workflow processes with emphasis on prevention programs and Disease Management models.

Jan 2002- Jan 2003
    **Pro Bono Community Service Advocacy.** Participate with and consult to Kentucky Department of MH and MR Services in developing a Statewide Suicide Prevention taskforce for writing and implementation of Suicide Prevention program for Kentucky for child-focused programs.

# VITA / RESUME

## Wayne J. Harper, Ed.D.

Sept 1996 – Sept 2000
: **Supervised Post-Doctoral Internship** with large Psychology Group in Louisville. Co-director of Geriatric Institute, specializing in assessment and treatment of medically and mentally compromised geriatric populations residing in Nursing Homes and Assisted Living Centers. Dementia evaluations. Consultation to several local nursing facilities. Published in Medical and Social Work Refereed Journals. Adjunct faculty with Uof L.

1997 - 2000
: **Special consulting and advocacy project** with area nonprofit organizations (ElderServe, Inc, and the Aging Resource Center, in conjunction with the Oak and Acorn Intergenerational Center) in obtaining nationally competitive grants to create a program of free social and psychological services to disadvantaged relative caregivers and their families in the West Louisville Area.

1994 -2000
: **Community service advocacy** with Kentucky Office of Aging Services and Kentucky Family Youth Services in developing a statewide agency coalition and network of support groups and services for relative caregivers and their families. Helped write Senate Bill 205 (the 1998 de Facto child custody bill). Chaired Statewide Kentucky Kincare Project to further the rights of kinship caregivers and affected children. Participation in pilot development of KY Kinship Foster Care Program.

1995- 1996
: **Vanderbilt University Medical Center (VUMC) Kim Dayani Human Performance Center. Doctoral Internship.** Primary rotation in Health and Rehabilitation Psychology, working with medical populations in preventive medicine, tertiary intervention and disease management programs. Duties included individual and group psychotherapy for geriatric populations, post-stroke and post-MI patient evaluations and treatment, Cardiopulmonary transplant patients, patients with Diabetes, Renal Disease and other medically compromised populations. Inpatient consultation at University medical hospital; outpatient evaluations for medical populations. Developed the behavioral health component of the facility's prevention and rehab disease management programs. Developed patient and provider – related psychosocial educational disease management programs and course curricula and developed and facilitated family and patient psychoeducational groups for pre-transplant and post event populations. Designed and implemented research and studies relevant to Behavioral Medicine and Rehabilitation Psychology. Secondary rotation at the Psychiatric Hospital at Vanderbilt (PHV) in Adult Psychiatry Services. Duties at secondary placement included inpatient and outpatient evaluation for pre- transplantation assessment, post-stroke evaluation, workers compensation, and traditional psychological evaluations. Participation on evaluation team in psychological and neuropsychological assessment.

1994-1995
: **Doctoral Field Practicum**. **Kentucky Department of Social Services**, Department of Psychology services. Counseling abused and neglected children and their families, both volunteer and court mandated; acted as consultant to social workers and community service providers in care-planning and development of wrap-around programs.

1993-1995
: **Doctoral Field Practicum. Ten Broeck Psychiatric Hospital**, Louisville, Ky. Inpatient consultation and Psychological testing for child, adolescent and adult MH and CD patients.

1992-1993
: **Masters Psychology Internship. Center for Women and Families / Spouse Abuse Center.** Treatment of victims and families of domestic violence. Wrote Center training manual for the Spouse Abuse Center for use with future interns.

1978-1991
: **President, and CEO** for national transportation company. Sold company to pursue higher

# VITA / RESUME

## Wayne J. Harper, Ed.D.

education goals and aspirations.

## EDUCATION

| | |
|---|---|
| Ed.D. | University of Louisville, Doctorate in Psychology with specialty in Health Psychology, 1996. Post Doctoral training specialty in Geropsychology. Graduated in top 10% of Graduate School (with a 3.99 / 4.0 GPA) and inducted into the Phi Kappa Phi and Chi Sigma Iota national honor societies. Independently licensed at the Doctoral level. Training in Advanced Clinical Supervision. State training in Domestic Violence completed. |
| M.Ed. | University of Louisville, Master's in Health Promotion and Individual / Community Disease Prevention, 1992. |
| B.A. | Indiana University, with honors in English Literature, 1972 |
| MBA | Partial completion of MBA in Healthcare Administration at University of Louisville. 1996 |
| Military | Veteran, USAF Security Service. Viet Nam Era. Russian Linguist. |

## AWARDS and PROFESSIONAL MEMBERSHIPS

American Psychological Association, 1991-present
Kentucky Psychological Association, 1995- present
Ohio Psychological Association, 2002-2005
Collaborative Family HealthCare Coalition, 1998-2000
American Counseling Association, 1990-2000
Phi Kappa Phi National Honor Society, upon obtaining Master's Degree
Chi Sigma Iota Counseling Honor Society, upon obtaining Doctorate
Kentucky Association for School Health, 1990
Board of Directors, Kentucky Household Goods Carriers Bureau, 1985-1989
Honorable Order of Kentucky Colonels, 1983-present
Chamber of Commerce Certificate of Citizenship and Merit, Danville, Kentucky, 1982

# VITA / RESUME

## Wayne J. Harper, Ed.D.

### PAPERS, PUBLICATIONS and PRESENTATIONS

Harper, W.J., Hardesty, P.H. (2001). Determining the needs of minority grandparents raising their grandchildren. The Journal of Multicultural Social Work, 9 (3,4), 133-150.

Harper, W.J. (2000). *Celebrating the Grandparent Caregiver!* Keynote Presentation to the Grandparents Raising Grandchildren Conference 2000. April 13, 2000, Lakeside Park, KY.

Harper, W.J., Groves, J., (1999). Rethinking the place of psychological support groups in treating cardiopulmonary rehabilitation patients. Journal of Cardiopulmonary Rehabilitation, 19, 18-21.

Harper, W.J. (1999). Developing Comprehensive Support Programs for Kinship Caregivers. Presentation at the Families First / AARP Spring Conference for Grandparents Raising Grandchildren. May 21, 1999, Danville, KY.

Harper, W.J. (1998). *Parenting again!* Keynote Presentation to Tenth Annual Senior Center Directors Conference. October 21, 1998, Louisville, KY.

Harper, W.J. (1998). *Real men don't blink, cry, leave, or do therapy.* Kentuckiana Health/Fitness, 1(10), p 17.

Harper, W.J. (1998). *Grandparents raising grandchildren.* Keynote address at the University of Kentucky Cooperative Extension Service, Children, Youth and Families Project (CYFAR). April 21, 1998, Richmond, KY.

Harper, W.J. (1997). *Parenting again!* Panel presentation at the "Community Partnership for Protecting Children" Workshop. October 10, 1997, Louisville, KY.

Harper, W.J. (1997). *Finding a place for psychology in the fitness industry.* Kentuckiana Health/Fitness, 1(4), p 17.

Harper, W.J. (1996). Development of a stress evaluation for medical and nonmedical clients at the Vanderbilt University Medical Center Health Promotion department. Unpublished manuscript.

Harper, W.J. (1996). Satisfaction with role among parental grandparents. Unpublished Doctoral Dissertation.

Harper, W.J. (1994). Third party custody rights: A policy analytic study investigation into the need for protective statutory language in Kentucky. Unpublished manuscript.

Harper, W.J. (1994). Grandparental access rights: Legal and ethical issues in Kentucky. Unpublished manuscript.

Harper, W.J. (1994). Grandparent-headed households: Policy and social service needs. Unpublished manuscript.

Harper, W.J. (1993). Legal and ethical issues in supervision. Unpublished manuscript.

Harper, W.J. (1992). Spouse abuse: Building empathy for the victim. Training manual for in-house use at Spouse Abuse Center, Louisville, Ky.

Harper, W.J. (1991). Theories and treatment of low back pain. Unpublished manuscript.