UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH

UNITED STATES OF AMERICA                                                           PLAINTIFF

V.

STEPHANIE RUSSELL                                                                   DEFENDANT

**USA-00004**

Today's date is May 15, 2022 time is approximately 7:00 p.m. Central Standard Time. This will be a consensual recorded phone call with UC 5029 and the doctor at 502-919-2250.

*Phone goes to voice mail no answer*

Doctor calls back:

FBI:   Hello?

SR:    Hey I'm so sorry  I had the dog outside. I apologize.

FBI:   That's alright.

SR:    So yeah I got your number from Jackie.  How are you?

FBI:   I'm okay how are you?

SR:    Ugh, yeah I'm not good.

FBI:   Why?

SR:    Um, well I just, I just, need some, somebody to help me. And nobody's helping me I just need somebody to help me.  So she said that her, that you're that you're the person. To help me.

FBI:   For the right price I can be.

**SR-164**

SR: Okay. Oh god what's the right price?

FBI: She was telling me around $5,000 does that sound about right?

SR: So where are you like physically like right now? Where are you standing are you in - what city are you in?

FBI: I'm within driving distance let's just say that.

SR: Okay uh, yeah I absolutely could do that. I could even probably swing a little bit more.

FBI: Do you prefer half up front and then half after it's done or all up front?

SR: Well I probably would want to have it done and then pay you.

FBI: Well I'd need at least half just to make sure I wasn't gonna get fucked in the deal.

SR: If you met me you would know that you won't get screwed. How about if I give it to her? How about if I give her the half?

FBI: You know in something like this it's much easier where it's just two people 'cause the more people that start to talk and know about it could jeopardize us.

SR: Mm hm. Okay. So can I give you, will you just tell me, I just I just can't live like this anymore. I just can't. Did she tell you anything that was going on?

FBI: Not really. What's going on?

SR: So there is a ex husband involved who like I have two kids, they're not his kids, I um, purchased sperm, I did donor sperm um to have my two kids and then I was stupid enough to marry him right before my first baby was born and in the state of Kentucky they say that that's his kid. So I have been fighting this forever but anyway he uh has been molesting my little boy. And nobody cares. Nobody cares. He I - I don't know if he's got, I've had several attorneys and they think that maybe he's got something on the judge it's very - family court here in the state apparently is really crooked and I just, I just I could talk to you for a month about the shit he's done. My little boy's six now. He's been molesting him since he was two and a half. Um, nobody cares. Because he doesn't have a ripped asshole, nobody, nobody cares. You know he just I'm seeing my kids, my kids,

|     |     |
| --- | --- |
|     | my children, mine, mine, not even his, with a supervisor and my six year old said [inside] the supervisor in December, he rubs my pee pee every time we're in the car. Not a fucking thing happened. |
| FBI: | You gotta be kiddin' me. |
| SR: | I, I am not.  Not a thing happened. |
| FBI: | What a piece a shit. |
| SR: | My little girl's four and um, she talks about how he hits her, how he hits her so hard.  They don't care. I mean I'm telling you and I - this is, I don't know what to do, I've had like five or six attorneys and they all say I don't know if he has something on the judge I have tried my damnedest to get rid of the judge, I've asked for a new judge I've gone to the - it, it doesn't matter, this is how it is. And that bitch is gonna be in for eight more years because it's reelection time and nobody ran against her so she's unopposed so she's in for eight more years.  I'm like well that'll get 'em to 18. I mean I don't know what to do. |
| FBI: | Well this man's doing the unthinkable and I take that very personal. |
| SR: | Yeah I do too [crying] |
| FBI: | You don't hurt a kid. |
| SR: | I mean I can show you like I have videos of my child when he was two and half talking about the pee pee, his pee pee looking like a snake.  I mean I just want to vomit. Because there's no physical evidence uh aka, no ripped asshole.  Eh, they don't care.  They don't care. |
| FBI: | Does this man still live with you? |
| SR: | Oh my god no.  Oh my god no, no we are divorced.  We've gone through the wretched divorce and he said I will destroy you I'll bankrupt you I'll take your work down and then I'll take these kids away.  He's doing a pretty damn good job. |
| FBI: | So how can I help you? |
| SR: | So I want you to make my problem go away. |

SR-166

FBI: You want me to kill him.

SR: I want you to make my problem go away.

FBI: That could mean a couple different things I need to know if this is what you want.

SR: Well I would rather talk in person can we do that?

FBI: We can do that.

SR: Okay. When can we do that?

FBI: Um, when is normally good for you, weekends, during the week, does it matter?

SR: Well when you said driving distance what does that mean like four hours away or ?

FBI: Yes, about that.

SR: Okay 'cause that, that's kinda what she told me where you kinda were.

FBI: So what's better weekends, weekdays, does it matter?

SR: So Wednesdays are good for me like I could meet you somewhere on a Wednesday that's my day off.

FBI: Okay

SR: Can you tell me a little bit about you like what you do? Are you into the same thing as her other friend? That was in California?

FBI: Let's just say my options are open. And I do just about anything for the right price.

SR: Would you have a, so, how do you know that you're not the police?

FBI: Well I guess there's no guaranteeing that but I can tell you right now I'm not the police. I served in the military I saw some crazy ass shit I've seen a lot of my friends die and killed and no one gave a fuck about them.

**SR-167**

SR: Yeah.

FBI: So I saw how fucked up this society was and decided to uh, try to make it right doing my own way.

SR: It's just really hard, it's really hard to watch this happen and nobody care. It's just really hard. What about um, could I possibly meet you like halfway on Wednesday or something?

FBI: Yeah. Let me uh make sure I can do that and then is it okay that we start texting or I call you back?

SR: Of course, of course, yeah of course.

FBI: Halfway where are you thinking?

SR: Honestly I don't know I just had to google like how far is it between here and the city she told me you were in and it was like four-and-a-half hours.

FBI: Okay

SR: So it doesn't matter I'll do anything.

FBI: Okay yeah it doesn't matter to me either.

SR: Well do you have like a like a regular like I have to punch in and out job during the week or are you pretty open?

FBI: I can be I mean I do some things that I commit myself to that I enjoy doing but I can generally work around just about anything.

SR: Okay. Well maybe um, yeah just text me back you can text me on this.

FBI: Okay

SR: Okay what is your name?

FBI: Brian.

SR: Okay. Alright, I will -

FBI: What is yours?

SR: Stephanie.

FBI: Okay Stephanie.

SR: Okay I will just wait for your text.

FBI: Okay thank you. Bye.

SR: Okay thanks, bye.

Time is 7:11 end recording

**SR-169**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:22-CR-58-DJH

UNITED STATES OF AMERICA                                               PLAINTIFF

V.

STEPHANIE RUSSELL                                                      DEFENDANT

**USA-00005**

FBI:   Hello?

SR:    Hey how was your day?

FBI:   Good how about you?

SR:    It was okay.  So have a, I guess a couple more questions for you.

FBI:   Sure

SR:    So um, he - I mean I just can't even tell you what I've been through but anyway he has temporary sole custody of the kids he's molesting and abusing so anyway it's gonna be all up in court and we actually are filing an appeal so we're just gonna go through business as usual actually he was, my attorney was preparing the appeal today so we're gonna continue just business as usual.

FBI:   Okay

SR:    He has an early -

FBI:   When you say business as usual does someone else know about this?

SR:    Oh my god no.

FBI:   Okay

SR:    Oh hell no.  like business as usual like let's get the, the appeal done let's like we

- 7 -

**SR-170**

|   |   |
|---|---|
|   | talked today on the phone blah blah blah, no business as usual oh hell no I would never.  Um so he has a early onset dementia that nobody fucking cares about.  Um I mean it's true it is a diagnosis that he has. And like I said everybody that I've talked to thinks that he has to have something on the judge or this would just go totally a different way he's again not the parent he's got this early dementia but nobody fucking cares. Anyway I don't know, like can you - I mean what - tell me how to like order the ice cream like what are the flavors.  Like how, I mean it's not something I normally do. |
| FBI: | Are you talking about how it's gonna be done? |
| SR: | Mm hm.  What are the choices? |
| FBI: | Well I was trying to get through that yesterday and it didn't seem like you wanted to talk about it but I will if you're ready. |
| SR: | Yeah I'm ready let's do it. |
| FBI: | Obviously you want this, this fucker killed, right?  For doing this shit? |
| SR: | I want him to be completely gone from my life, yes.  And the life of my kids |
| FBI: | Well I mean that can be in the Bahamas but I don't think we're talking a vacation away I think we're talking in the ground. |
| SR: | I mean do you like do they disappear?  Do you like shoot them on the road? Like what happens?  Or should I just not know? |
| FBI: | It really depends on um, I mean price dictates that's just how that goes, the more work I gotta do the more it's gonna cost you but it can be, do you want it to look like a suicide do you want it to - |
| SR: | Yes that would be amazing.  And I was kinda thinking because he does have this dementia like he is so oh my god full of himself and I mean how did I end up with such a narcissist I am so not like that but it would be absolutely believable if he you know said something like you know I can't remember shit anymore because has this diagnosis and he goes to court nothing's wrong with me, nothing's wrong with me.  Like he has it diagnosed in writing, two different people have done the evaluation so he definitely has it it's called NCI it's an early form of dementia |

FBI:   Okay

SR:   So he's such a narcissist that I think I honest to go think he'd rather kill himself than people know that he was slipping becuase I've been yelling and screaming it for two years.

FBI:   The only way to do that safely for me is in his home to get in his home, luckily at one point in my life I was a lineman and I can knock down a grid within the area. I'm gonna have to do that because he has those cameras.

SR:   Mm hm, right.

FBI:   The problem with that is my time frame after that's out you know depending on how quick the company is, 'cause I'm not trying to really put anyone else out, uh I have maybe an hour to four hours to get this done and it's gotta be quick and then getting in the house isn't gonna be a problem but do I force him to take pills?  Do I get one of his guns if I can get into the safe and use that on himself? Those are all things I'm gonna have to figure out when I'm in that house.

SR:   So it's either gonna be, so he use to keep a little handgun in the top drawer of his dresser in the bedroom and I had such a fit when my little boy was born that I made him put it in the safe so I don't know where it is now my god he might have it on the kitchen table for all I know, I don't think he's that stupid -

FBI:   How big is it?

SR:   Oh it's a little handgun, tell me some choices

FBI:   Uh could be as small as a 22 and upwards of a 357. Probably a 22, 38, 9, 40?

SR:   Is there like a brand that it could be I think it's 38 is that a pistol?

FBI:   Yeah.

SR:   Okay are there some brands?

FBI:   Ton of 'em

SR:   Okay I think that's what it is I can find out for sure.

FBI: No don't even bother it's not a big deal I'm just making sure it's not a 22 and it's actually gonna kill him with one shot.

SR: Um, I mean is that like can you force him to send me a text message, can you force him to write a note, can you like I don't know what do you do? See it on TV? But I don't know what's real.

FBI: Well I can unlock and send it myself why would I force him to do that?

SR: Okay. Okay.

FBI: What do you want the text to say?

SR: Uh so I mean I think maybe send a couple texts can I think about it and maybe tell you when we meet?

FBI: Sure

SR: Or we don't even have to meet we don't have to meet.

FBI: Well I do if I'm - I'm not gonna do it without getting paid.

SR: Oh no, no, no, no, no I thought maybe I could leave it for you somewhere or like in my mailbox or like you could Doordash me a cheeseburger? 'Cause I order DoorDash all the time. Like that wouldn't be weird.

FBI: Okay. Let me think about that. Switching it up at the last minute I mean it makes me, you're not working for anyone are you?

SR: For who?

FBI: Like to get me in trouble.

SR: Oh my god no are you kidding me? I am a pediatrician. A pediatrician. Like I promote health and wellness for a living. I have been a pediatrician for 22 years and he fucking took my kids away. 22 years.

FBI: Yeah that's that's -I understand, trust me. In the position you're in.

SR: My um, by biologic father was in the Navy he, he did ……. [calls cuts off]

Time is 5:29 p.m. call ended abruptly.  Calling back now from 502-919-2250.

FBI:    I don't know what happened there

SR:    I don't either I was walking around by the house um, of course, of course, I'm gonna be the first person that they suspect unless it looks like a suicide.  Of course it's going to be me.

FBI:    Okay.

SR:    So um, he dro - I visit with my kids at my office, my offi - so he lives in this little city, this little not city, this little community called Norton Commons which happens to be where my office is, literally he's like two blocks away I can't see it because of buildings but he's like two blocks away.  Um, I now see my kids on Wednesdays and Thursdays which is he drops them off at my office and picks them back up. So he on Wednesdays he drops them off at 5:00 and picks them up at 7:00. On Thursdays he drops them off at 5:30 and picks them up at 7:30 and then on Sunday I have 'em for three hours from 4:00 to 7:00.  So that's this week's schedule at my office.

FBI:    Why would anyone think you had anything to do with this?

SR:    Because I fucking hate him and I pray that a damn tree falls on him every day.

FBI:    (laughs).

SR:    Because he's taken my kids.  I mean again I've had like six attorneys, and they're all like he's got something on the judge.  There's, there's, there's no question about it.  I have gone to the chief justice I mean any - I have tried everything to get this taken care of.  I mean I, I don't even squash bugs in my house and I'm at, and here I am.

FBI:    So this has to be done during the week when you're at work.

SR:    Well, no not necessarily just whatever works for me I'll make it work for me.

FBI:    Well I definitely don't want the kids to be there and if it's not the weekend it's only that Sunday for three hours.

SR:    So they're gonna be in school for what maybe another week. I can look online

and see exactly what day their last day is.  So I believe he's taking them to school in the mornings and he just since Covid has just worked at home.  He is a financial advisor and he just works from home and he leaves them in school all day and in after school care 'cause he doesn't want them.  He doesn't want the kids he told me I don't want fucking kids.  Exact words.  That I will destroy you.

FBI:  What a piece a shit

SR:  It's a - it is a nightmare I mean I cry myself to sleep every night.

FBI:  Does he have any physical ability to himself like does he have any training or would he put up a fight?

[call is dropped]

Time is 5:32 p.m. call ended abruptly again.  Calling back. She's calling me.

FBI:  What is going on over there?

SR:  I don't know I was - I didn't even move that time I'm sitting out in my yard. Um, this is a like a track phone.  Like nobody's been called on it except you.  No one's been texted on it, just you. And that's the way it'll be.

FBI:  I don't know if you heard me, does he have any physical ability to himself would he put up a fight?

SR:  I don't know I mean he might try.  He's 57.  I don't know how old you are you sound young.  You said you were military he um is not a healthy person I mean again he has early dementia.  But I don't think he'll just say yeah okay gimme the gun I'll shoot myself in the head.

FBI:  No, no I wouldn't imagine that.

SR:  No he doesn't do jiu jitsu or anything like that no.

FBI:  Yeah that's what I was gettin' at.

SR:  No nothing like that.  Bentley stop it (talking to dog) no he does not have a pet, I just thought about that, my dog barked he does not have dog.  He's too um selfish to take care of anything else.

SR-175

FBI: What about the other neighbors does anyone pay attention to him?

SR: You know I don't think so, the guy right across from it now it is a, it is a - like the houses are close. Um, but no I know that the guy right across from him knows all about this 'cause I met with him and his wife and they were like well we'll keep an eye on him you know I'm like this is what's going on, um I mean he, I've had, au pairs, do you know what an au pair is?

FBI: I do.

SR: He um, physically assaulted my last au pair the judge didn't give a shit. Like she went to court and said this is what he did to me. She didn't care, didn't matter, nobody cares.

FBI: Fuckin' guy is an animal.

SR: He had a um, yeah she's this tiny little 97 pound girl from Brazil and he smushed her up against the car door, his whole front body against her whole front body. It was awful. But anyway, she didn't care. Judge didn't care. He also has an ex-wife who he inappropriately - inappropriate sexual misconduct with her then four year old. I tried everything in my power to get that woman to come to court and testify but she was, she said she's so scared of him she won't do it. She wouldn't do it. Wouldn't do it. I - now this was a year and a half ago and my cousin dug her up and she's like you don't just start being pedophile in your damn 50s. I promise you there's something before then. So we - I didn't, but she found her and talked to her and this woman said I knew this call would come some day. So we talked to her and she told us what had happened but said she just she was terrified of him still to this day. So nobody cares. Got away with that too. He's a, he's a piece.

FBI: Sure sounds like it. So again when are the kids out of school? When are they done?

SR: Let me go check online and I can text it to you like when their last day will be. Um, yeah I can do that.

FBI: So it's gotta be Sunday wouldn't you have - what hours do you have them on Sunday?

SR: On Sunday I have them 4:00 to 7:00

FBI:   You pick 'em up from his house or does he drop 'm off?

SR:   Oh god no he drops them off.  He drops them off. And he picks them up.  No I am not allowed like, they have given him temporary full custody like he won't even allow me to give them a gift of any kind, like I have video after video after video of my 2½ year old at the time talking about Rick's penis and it looks like a snake and blah blah blah blah blah, they don't care.  They said it's all me.  All me.  Well he's had full custody of my kids for almost two years and these, these disclosures continue as recently as the end of December my now six year old said in front of the supervisor who just sits there pretty much on top of me while I see my kids, he said he rubs my pee pee every time I get in the car.  He heard it, he documented it, we wrote it up, we presented it to the judge, she didn't care.  No proof.

FBI:   How is this fucking guy not in jail.

SR:   Mm hm.  Nobody cares.  I just - it's, I just don't get it.  So I'm a really nice person, I tell the truth, this is not something that I do.  I mean I have made peace with this a long time ago I mean literally I have prayed every day to God, the spirits, the everything, like could I do some voodoo, where's the pin, where's the doll, can I push a tree over on him.

FBI:   [laughs] yeah I get it.

SR:   You name it I've done it and nothing's worked.  So here I am.  And I certainly hope you're not somebody that's gonna take me down.

FBI:   No absolutely not.

SR:   I have 3,000 pediatric patients who rely on me every day.  It would not be good if I ended up in jail.

FBI:   Well that's not what I'm about I hope that's not what you're about

SR:   So I thank god I'm just about like, literally I would give you a kidney, if you need one, I'm your girl.

FBI:   [laughs] luckily I don't, but thank you.

SR:   So, do you have a family, do you have kids?

FBI: I don't really want to get personal about any of this 'cause if you are the person they're gonna come talk to, the less you know about me the best.

SR: Right. But I mean if you have kids I'm sure that you can like feel, the frustration like in my voice. I mean I'm not crying yet but I will probably cry when we hang up the phone.

FBI: What you're saying is inexcusable, whether I have 'em or I don't, I've been around 'em I have family members who are still young it, it's inexcusable.

SR: It is. So I have the, I have money in cash. I have cash in an envelope I will, I'll do whatever you want me to, I'll put it in my mailbox, I'll put it on my door step, I'll dig a hole, I'll do anything you want. You can bring me a cheeseburger and I can, anything, you just let me know and I'll do it.

FBI: I normally don't negotiate on things like this but I'm gonna make a, a favor in your case just 'cause this, I can't stand anything you tell me about this man but it is gonna be more than five because I have to do a lot of work.

SR: Okay.

FBI: What are you willing to go to?

SR: I am willing to do anything, anything, literally the kidney thing. I don't know what I have more than five right now. Let me run upstairs and - 'cause I've been, I'm not kidding you, I know you're gonna think this girl's psycho, I have been selling stuff for six months waiting for this day. I'm not kidding I have this big collection of Disney snow globes I've had forever, I've been selling it and I have money saved. So let me go see how much I have and I will text you? I mean, what number are you thinking?

FBI: I was thinkin' ten but I'm not I mean this, this man sounds like he's a real, real fuckin' devil

SR: I definitely don't have ten. But I will, I will pay you I will pay you. I swear to god I will pay you.

FBI: That's the only way it's gonna happen.

SR: Well here's another thing too, when you get in that safe, there's money in it.

FBI: Okay.

SR: There will be several thousand dollars in that safe.

FBI: Are you looking to split some of that or is that all mine?

SR: Nope it's all yours. All yours.

FBI: Now I don't think you care about this but I need you to know what once I do this there's no coming back from it he's done there's no turning back. And I need to make sure you're okay with that because if someone comes talking to you or pressing you about this, I never met you.

SR: I know nothing.

FBI: But you understand this is for good.

SR: Thank god. I mean I just can't imagine the psychologic impact already on my kids like I just hope that they're young enough that they can come back from it.

FBI: I don't want buyer's remorse later on where there's an issue

SR: Not a chance. Not a chance. We'll make a plan where to - let me go see what number I have up there in my shoe box. I don't really want to borrow money from anybody but if I can come up with a reason. Hmm.

FBI: Let me, so I'll be around most likely Wednesday, we don't have to meet so far away if that's the case and we can - I'll come up with something on how to pick it up, I'm fine with that if you're good with that.

SR: Would you be agreeable to like two or 25, like .....

Call again ended abruptly. Time is 5:41 p.m. Central Standard Time. UC 5029 is now calling Stephanie.