## WhatsApp (12)

15023312977@s.whatsapp.net (12)



| # | | Deleted | * |
|---|---|---|---|
| 1 | **Details:**<br>Group photos:<br><br>**Start Time:** 3/15/2022 11:09:51 PM(UTC-4)<br>**Last Activity:** 3/16/2022 3:55:28 AM(UTC-4)<br>**Number of attachments:** 0<br>**Source:** WhatsApp<br>**Account:** 15023312977@s.whatsapp.net<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>15023312977@s.whatsapp.net<br><br>27731356845@s.whatsapp.net<br>mama<br><br>**Identifier:** 27731356845@s.whatsapp.net | | |

**From:** System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more
**Platform:** Mobile

3/15/2022 11:09:51 PM(UTC-4)

**From:** 27731356845@s.whatsapp.net mama

hello
**Status:** Read
**Platform:** Mobile

3/15/2022 11:09:51 PM(UTC-4)



**From:** 15023312977@s.whatsapp.net (owner)
**To:** 27731356845@s.whatsapp.net mama

Looking for a death spell

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27731356845@s.whatsapp.net mama | 3/16/2022 2:37:02 AM(UTC-4) | 3/16/2022 3:02:43 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 2:36:59 AM(UTC-4)

16715
**SR-180**

From: 27731356845@s.whatsapp.net mama
yes please
**Status:** Read
**Platform:** Mobile

3/16/2022 3:02:49 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama
where are you located and how old are you?
**Status:** Read
**Platform:** Mobile

3/16/2022 3:03:04 AM(UTC-4)





16716
**SR-181**



From: 15023312977@s.whatsapp.net (owner)
To: 27731356845@s.whatsapp.net mama

What is your success rate?
Your price?
Your guarantee?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27731356845@s.whatsapp.net mama | 3/16/2022 3:35:14 AM(UTC-4) | 3/16/2022 3:35:23 AM(UTC-4) | |

Status: Read
Platform: Mobile

3/16/2022 3:22:47 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27731356845@s.whatsapp.net mama

51 years old

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27731356845@s.whatsapp.net mama | 3/16/2022 3:35:14 AM(UTC-4) | 3/16/2022 3:35:23 AM(UTC-4) | |

Status: Read
Platform: Mobile

3/16/2022 3:22:59 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama

death success rates are 85%
Status: Read
Platform: Mobile

3/16/2022 3:36:08 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama

price depends on the number of people
Status: Read
Platform: Mobile

3/16/2022 3:36:20 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama

100% guarantee or money back
Status: Read
Platform: Mobile

3/16/2022 3:36:30 AM(UTC-4)

16717
SR-182



From: 15023312977@s.whatsapp.net (owner)
To: 27731356845@s.whatsapp.net mama

It's only 1 person

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27731356845@s.whatsapp.net mama | 3/16/2022 3:47:07 AM(UTC-4) | 3/16/2022 3:47:17 AM(UTC-4) | |

Status: Read
Platform: Mobile

3/16/2022 3:47:04 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama
580 usd
Status: Read
Platform: Mobile

3/16/2022 3:47:23 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27731356845@s.whatsapp.net mama

Do you use sacrifice?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27731356845@s.whatsapp.net mama | 3/16/2022 3:47:29 AM(UTC-4) | 3/16/2022 3:47:29 AM(UTC-4) | |

Status: Read
Platform: Mobile

3/16/2022 3:47:28 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama
accident, death in bed , heart attack or ??!
Status: Read
Platform: Mobile

3/16/2022 3:47:44 AM(UTC-4)

16718
SR-183







16719
**SR-184**



From: 15023312977@s.whatsapp.net (owner)
To: 27731356845@s.whatsapp.net mama

Can I pay after success?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27731356845@s.whatsapp.net mama | 3/16/2022 3:49:21 AM(UTC-4) | 3/16/2022 3:49:21 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 3:49:20 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama
It's a death spell my dear not a love spell
**Status:** Read
**Platform:** Mobile

3/16/2022 3:49:38 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama
i only work on cash basis
**Status:** Read
**Platform:** Mobile

3/16/2022 3:49:48 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama
it's strictly death spell
**Status:** Read
**Platform:** Mobile

3/16/2022 3:49:58 AM(UTC-4)

From: 27731356845@s.whatsapp.net mama
i can't tell you inside details but i will do your job
**Status:** Read
**Platform:** Mobile

3/16/2022 3:50:12 AM(UTC-4)

16720
**SR-185**



From: 15023312977@s.whatsapp.net (owner)
To: 27731356845@s.whatsapp.net mama

I can I pay after?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27731356845@s.whatsapp.net mama | 3/16/2022 3:51:37 AM(UTC-4) | 3/16/2022 3:55:07 AM(UTC-4) | |

Status: Read
Platform: Mobile

3/16/2022 3:51:34 AM(UTC-4)



↩ Reply
From: 27731356845@s.whatsapp.net mama

From: 27731356845@s.whatsapp.net mama
i only work on cash basis
Status: Read
Platform: Mobile

3/16/2022 3:49:48 AM(UTC-4)

Status: Read
Platform: Mobile

3/16/2022 3:55:28 AM(UTC-4)



| 2 | **Start Time:** 3/15/2022 6:24:12 PM(UTC-4) <br> **Last Activity:** 3/16/2022 12:50:06 PM(UTC-4) <br> **Number of attachments:** 1 <br> **Source:** WhatsApp <br> **Account:** 15023312977@s.whatsapp.net <br> **Body file:** chat-2.txt | 🏷 |

Participants:

15023312977@s.whatsapp.net

27737984806@s.whatsapp.net
Spiritual Healer

**Identifier:** 27737984806@s.whatsapp.net

From: System Message System Message
 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more
Platform: Mobile

3/15/2022 6:24:12 PM(UTC-4)

16721
SR-186



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Hi

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/15/2022 6:24:14 PM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/15/2022 6:24:12 PM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
Hello
Status: Read
Platform: Mobile

3/15/2022 8:25:03 PM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
How can I help you
Status: Read
Platform: Mobile

3/15/2022 8:25:13 PM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Looking for a death spell

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/15/2022 8:35:02 PM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/15/2022 8:27:44 PM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
Yes I will cast death Spell for you
Status: Read
Platform: Mobile

3/15/2022 11:45:55 PM(UTC-4)

16722
SR-187

From: 27737984806@s.whatsapp.net Spiritual Healer

It's 430 usd

**Status:** Read
**Platform:** Mobile

3/15/2022 11:46:08 PM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

What is the success rate?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 9:57:41 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

3/16/2022 9:57:40 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Price?
Can I pay afterward?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 9:57:55 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

3/16/2022 9:57:53 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Half before

**Status:** Read
**Platform:** Mobile

3/16/2022 10:27:21 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Success rate?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:45:26 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

3/16/2022 10:45:24 AM(UTC-4)

16723
SR-188

From: 27737984806@s.whatsapp.net Spiritual Healer
100% results in 6hours
Status: Read
Platform: Mobile

3/16/2022 10:51:43 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Can I please pay after?
I cannot afford to pay without results.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:52:31 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:52:25 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Please help me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:52:34 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:52:33 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

I promise you can trust me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:52:48 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:52:45 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
I have to buy some items to use while performing the rituals that's why you must pay half
Status: Read
Platform: Mobile

3/16/2022 10:53:03 AM(UTC-4)

16724
**SR-189**



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

How much are items?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:53:17 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:53:16 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

You can pay 150

Status: Read
Platform: Mobile

3/16/2022 10:53:49 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

He is molesting my child

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:53:52 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:53:51 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Please help me.
I have tried everything.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:54:09 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:54:08 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Don't worry I'm going to help you just try to get 150

Status: Read
Platform: Mobile

3/16/2022 10:54:31 AM(UTC-4)

16725
SR-190



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer
If you can do this, I will pay $1000

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:55:13 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:55:12 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
No problem but you can pay 150 first
Status: Read
Platform: Mobile

3/16/2022 10:55:52 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer
You have no reason to trust me but I'm sure you know I am honest

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:56:03 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:56:02 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer
Do you use Quimbanda?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:56:27 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:56:26 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
No
Status: Read
Platform: Mobile

3/16/2022 10:56:34 AM(UTC-4)

16726
SR-191



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Voodoo?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:56:41 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:56:40 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
Yes
Status: Read
Platform: Mobile

3/16/2022 10:57:03 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

I had a meeting with a Brazilian woman ...she said I would find someone who would believe me and help me

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:57:34 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:57:33 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer
But I won't help you if u don't pay for the items
Status: Read
Platform: Mobile

3/16/2022 10:58:08 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Do you have PayPal?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 10:58:26 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 10:58:25 AM(UTC-4)

- 13 -

**SR-192**



From: 27737984806@s.whatsapp.net Spiritual Healer
Yes
**Status:** Read
**Platform:** Mobile
3/16/2022 10:58:33 AM(UTC-4)



↩ **Reply**
From: 27737984806@s.whatsapp.net Spiritual Healer

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer
Venmo?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.what sapp.net Spiritual Healer | 3/16/2022 10:58:34 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile
3/16/2022 10:58:28 AM(UTC-4)

Nop
**Status:** Read
**Platform:** Mobile
3/16/2022 10:58:41 AM(UTC-4)

16728
**SR-193**







16729
SR-194

From: 27737984806@s.whatsapp.net Spiritual Healer

Yes

**Status:** Read
**Platform:** Mobile

3/16/2022 11:01:24 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

If I find the $50 today, when will spell be done?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp. net Spiritual Healer | 3/16/2022 11:02:07 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

3/16/2022 11:02:05 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Now

**Status:** Read
**Platform:** Mobile

3/16/2022 11:03:22 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

So... result by the end of today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsa pp.net Spiritual Healer | 3/16/2022 11:03:46 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

3/16/2022 11:03:45 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Yes

**Status:** Read
**Platform:** Mobile

3/16/2022 11:09:03 AM(UTC-4)

16730
SR-195



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

What if it doesn't work?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 11:09:52 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 11:09:51 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Money back
Status: Read
Platform: Mobile

3/16/2022 11:10:40 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Has that ever happened?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 11:11:01 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 11:11:00 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

No
Status: Read
Platform: Mobile

3/16/2022 11:11:07 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Do you need a photo!

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 11:11:11 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 11:11:10 AM(UTC-4)

16731
SR-196



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsa pp.net Spiritual Healer | 3/16/2022 11:11:15 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 11:11:15 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

For

Status: Read
Platform: Mobile

3/16/2022 11:11:18 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

The person

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsa pp.net Spiritual Healer | 3/16/2022 11:11:26 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 11:11:25 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Do you want help or ask questions

Status: Read
Platform: Mobile

3/16/2022 11:11:42 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

I want help.
I'm getting the $$.
Do you need his photo?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.ne t Spiritual Healer | 3/16/2022 11:12:09 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 11:12:08 AM(UTC-4)

16732
SR-197

From: 27737984806@s.whatsapp.net Spiritual Healer

Yes names and photo

**Status:** Read
**Platform:** Mobile

3/16/2022 11:12:38 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Ricky Martin Crabtree

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 11:12:55 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

3/16/2022 11:12:52 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

**Attachments:**



Size: 74588
File name: 4735c08b-7a5d-4040-9fc9-4bcd84060f93.jpg
Path:
https://mmg.whatsapp.net/d/f/AkCoi6Zj2wSXJwVsCGMoqGObByzK20NKDuOTS3mM
M5h-.enc
4735c08b-7a5d-4040-9fc9-4bcd84060f93.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsa pp.net Spiritual Healer | 3/16/2022 11:12:58 AM(UTC-4) | | |

**Status:** Delivered
**Platform:** Mobile

3/16/2022 11:12:56 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Okay

**Status:** Read
**Platform:** Mobile

3/16/2022 11:13:10 AM(UTC-4)

16733
SR-198



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

Please prepare.
I'm waiting on friends reply.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 11:13:36 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 11:13:35 AM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Ok
Status: Read
Platform: Mobile

3/16/2022 11:13:43 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 27737984806@s.whatsapp.net Spiritual Healer

The $$ is coming now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 27737984806@s.whatsapp.net Spiritual Healer | 3/16/2022 12:19:15 PM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 12:19:11 PM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Hi
Status: Read
Platform: Mobile

3/16/2022 12:21:26 PM(UTC-4)

From: 27737984806@s.whatsapp.net Spiritual Healer

Let me check
Status: Read
Platform: Mobile

3/16/2022 12:21:34 PM(UTC-4)

16734
SR-199

From: 27737984806@s.whatsapp.net Spiritual Healer

Hello

**Status:** Read
**Platform:** Mobile

3/16/2022 12:50:06 PM(UTC-4)

---

| 3 | Details: | | |
|---|---|---|---|
| | Group photos: | | |



**Start Time:** 3/13/2022 5:32:40 PM(UTC-4)
**Last Activity:** 3/15/2022 1:41:11 AM(UTC-4)
**Number of attachments:** 4
**Source:** WhatsApp
**Account:** 15023312977@s.whatsapp.net
**Body file:** chat-123.txt

Participants:

919820600330@s.whatsapp.net
Sk

**Identifier:** 919820600330@status

---

☛ Forwarded

From: 919820600330@s.whatsapp.net Sk

Attachments:



Size: 741
File name: 43716e50-a8b9-4872-8469-03669629e5a0.thumb
Path:
https://mmg.whatsapp.net/d/f/ApmVIAMy1I5ReaB5xYKq8dbHlderp5qQEdXWqsgNxig.
enc
43716e50-a8b9-4872-8469-03669629e5a0.thumb

**Status:** Unread
**Platform:** Mobile

3/13/2022 5:32:40 PM(UTC-4)

---

☛ Forwarded

From: 919820600330@s.whatsapp.net Sk

Attachments:

Size: 795
File name: d03ed1a5-5574-4d36-8e50-ca9ed4d80d93.thumb
Path:
https://mmg.whatsapp.net/d/f/ArWhEgkzatWVIHJBK13qoVUDwOrk5HeZk7x47RYZ8E
Xp.enc
d03ed1a5-5574-4d36-8e50-ca9ed4d80d93.thumb

**Status:** Unread
**Platform:** Mobile

3/13/2022 5:32:58 PM(UTC-4)

16735
SR-200



Forwarded
From: 919820600330@s.whatsapp.net Sk
Attachments:

Size: 954
File name: 4018cbae-b37e-4146-8bde-f02587dba26c.thumb
Path:
https://mmg.whatsapp.net/d/f/AlBTkPReCLnusYnKMHbgZxbBLbKbtV6yNh7sv6763m.enc
4018cbae-b37e-4146-8bde-f02587dba26c.thumb

Status: Unread
Platform: Mobile

3/15/2022 1:40:10 AM(UTC-4)



Forwarded
From: 919820600330@s.whatsapp.net Sk
Attachments:

Size: 741
File name: 2e69b795-6881-4be9-b2b3-23c0bf590e44.thumb
Path:
https://mmg.whatsapp.net/d/f/ApmVlAMy1l5ReeB5xYKq8dbiHdeq5qjQEdXWqsgNxig.enc
2e69b795-6881-4be9-b2b3-23c0bf590e44.thumb

Status: Unread
Platform: Mobile

3/15/2022 1:41:11 AM(UTC-4)



| 4 | Details: |
|---|---|

Group photos:

Start Time: 3/13/2022 3:05:27 PM(UTC-4)
Last Activity: 3/16/2022 6:00:07 AM(UTC-4)
Number of attachments: 1
Source: WhatsApp
Account: 15023312977@s.whatsapp.net
Body file: chat-3.txt

Participants:

919820600330@s.whatsapp.net
Sk

15023312977@s.whatsapp.net

Identifier: 919820600330@s.whatsapp.net

16736
SR-201

From: System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**Platform:** Mobile

3/13/2022 3:05:27 PM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Hello

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/13/2022 3:05:32 PM(UTC-4) | 3/13/2022 5:33:28 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/13/2022 3:05:27 PM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

I need your help

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/13/2022 3:05:40 PM(UTC-4) | 3/13/2022 5:33:28 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/13/2022 3:05:38 PM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

We talked months ago

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/13/2022 3:06:06 PM(UTC-4) | 3/13/2022 5:33:28 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/13/2022 3:06:04 PM(UTC-4)

16737
SR-202



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Please help me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/13/2022 3:08:34 PM(UTC-4) | 3/13/202 2 5:33:28 PM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/13/2022 3:08:31 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

Hello and greetings
**Status:** Read
**Platform:** Mobile

3/13/2022 5:33:35 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

How are you
**Status:** Read
**Platform:** Mobile

3/13/2022 5:33:37 PM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Can u talk?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/13/2022 7:07:32 PM(UTC-4) | 3/14/202 2 10:22:43 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/13/2022 7:04:38 PM(UTC-4)

16738
SR-203



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

**I need your help please**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/13/2022 7:20:31 PM(UTC-4) | 3/14/202 2 10:22:43 AM(UTC -4) | |

Status: Read
Platform: Mobile

3/13/2022 7:20:30 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

hello and greetings i was in prayers when you called

Status: Read
Platform: Web

3/14/2022 10:22:59 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

yes let me know all your questios

Status: Read
Platform: Web

3/14/2022 10:23:05 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

questions

Status: Read
Platform: Web

3/14/2022 10:23:07 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

**Hi**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/14/2022 12:58:47 PM(UTC-4) | 3/15/202 2 1:49:59 PM(UTC -4) | |

Status: Read
Platform: Mobile

3/14/2022 12:57:03 PM(UTC-4)

16739
**SR-204**



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

What time can you talk?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/14/2022 5:42:44 PM(UTC-4) | 3/15/202 2 1:49:59 PM(UTC -4) | |

Status: Read
Platform: Mobile

3/14/2022 4:33:12 PM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Helo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/15/2022 3:36:09 AM(UTC-4) | 3/15/202 2 1:49:59 PM(UTC -4) | |

Status: Read
Platform: Mobile

3/15/2022 3:30:00 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
hello and greetngs
Status: Read
Platform: Web

3/15/2022 1:50:03 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
yes i am free now message me
Status: Read
Platform: Web

3/15/2022 1:50:07 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
let me know all your queries so that I can guide you
Status: Read
Platform: Web

3/15/2022 1:50:18 PM(UTC-4)

16740
SR-205



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Can I call you on WhatsApp in 4 hours?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/15/2022 2:26:54 PM(UTC-4) | 3/15/202 2 2:55:11 PM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/15/2022 2:09:32 PM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

We talked some time ago about a death spell

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsa pp.net Sk | 3/15/2022 2:26:54 PM(UTC-4) | 3/15/202 2 2:55:11 PM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/15/2022 2:10:04 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
i will be home in 3 hours
**Status:** Read
**Platform:** Web

3/15/2022 2:55:22 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
you can message your questions
**Status:** Read
**Platform:** Web

3/15/2022 2:55:26 PM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
hello and greetings
**Status:** Read
**Platform:** Web

3/16/2022 3:53:14 AM(UTC-4)

16741
SR-206

From: 919820600330@s.whatsapp.net Sk
are you tehre
**Status:** Read
**Platform:** Web

3/16/2022 3:53:16 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
there
**Status:** Read
**Platform:** Web

3/16/2022 3:53:17 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
let me know your queries
**Status:** Read
**Platform:** Web

3/16/2022 3:53:22 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
when you called it was 4 in the morning
**Status:** Read
**Platform:** Web

3/16/2022 3:53:37 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk
I need a death spell

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 3:55:17 AM(UTC-4) | 3/16/202 2 3:55:25 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 3:55:16 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
yes you told me
**Status:** Read
**Platform:** Web

3/16/2022 3:55:32 AM(UTC-4)

16742
SR-207

From: 919820600330@s.whatsapp.net Sk

but for whom?

**Status:** Read
**Platform:** Web

3/16/2022 3:55:38 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To : 919820600330@s.whatsapp.net Sk

Do you know Quimbanda?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 3:55:49 AM(UTC-4) | 3/16/202 2 3:56:15 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 3:55:48 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To : 919820600330@s.whatsapp.net Sk

Do you do sacrifice?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 3:55:59 AM(UTC-4) | 3/16/202 2 3:56:15 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 3:55:58 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

tell me in details you need death spell for whom

**Status:** Read
**Platform:** Web

3/16/2022 3:57:15 AM(UTC-4)

16743
SR-208



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

**Someone is molesting my child**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 3:59:19 AM(UTC-4) | 3/16/202 2 3:59:27 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 3:59:18 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
i do indian vedic magic not quimbala
**Status:** Read
**Platform:** Web

3/16/2022 4:00:02 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

What is your success?
What is the time frame?
What is the price?
Can i pay after it has been done?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/16/2022 4:00:58 AM(UTC-4) | 3/16/2022 4:01:16 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:00:58 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
unless you will send me his details and picture how can i say any thing
**Status:** Read
**Platform:** Web

3/16/2022 4:01:37 AM(UTC-4)

16744
**SR-209**

From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk
Attachments:



Size: 74568
File name: 38655990-52e7-4b63-8e98-1e2e10747a59.jpg
Path:
https://mmg.whatsapp.net/d/f/AkCoi6Zj2wSXJwVsCGMoqGObByzK20NKDuOTS3mM
M5h-.enc
38655990-52e7-4b63-8e98-1e2e10747a59.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 4:03:13 AM(UTC-4) | 3/16/202 2 4:03:40 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:03:12 AM(UTC-4)

---

From: 919820600330@s.whatsapp.net Sk
give me his full na,e
**Status:** Read
**Platform:** Web

3/16/2022 4:03:51 AM(UTC-4)

---

From: 919820600330@s.whatsapp.net Sk
name
**Status:** Read
**Platform:** Web

3/16/2022 4:03:57 AM(UTC-4)

---

From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk
Ricky Martin Crabtree

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 4:04:33 AM(UTC-4) | 3/16/202 2 4:37:46 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:04:32 AM(UTC-4)

16745
SR-210



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 4:30:23 AM(UTC-4) | 3/16/202 2 4:37:46 AM(UTC -4) | |

Status: Read
Platform: Mobile

3/16/2022 4:30:20 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

ok i checked in details

Status: Read
Platform: Web

3/16/2022 4:37:53 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

what i can see is that he is into black magic and also has some type of protection

Status: Read
Platform: Web

3/16/2022 4:38:15 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk

killing him will harm you also, if you wish we can banish him so that he will be away from you and your family

Status: Read
Platform: Web

3/16/2022 4:38:38 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Into black magic?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 4:50:45 AM(UTC-4) | 3/16/202 2 4:50:48 AM(UTC -4) | |

Status: Read
Platform: Mobile

3/16/2022 4:50:44 AM(UTC-4)

16746
SR-211

From: 919820600330@s.whatsapp.net Sk
yes
**Status:** Read
**Platform:** Web

3/16/2022 4:50:51 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

He has my children

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 4:50:58 AM(UTC-4) | 3/16/202 2 4:51:43 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:50:57 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

I want him away from my children

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 4:51:09 AM(UTC-4) | 3/16/202 2 4:51:43 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:51:08 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

What kind of protection?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 4:51:26 AM(UTC-4) | 3/16/202 2 4:51:43 AM(UTC -4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:51:24 AM(UTC-4)

16747
SR-212

From: 919820600330@s.whatsapp.net Sk
he is into black magic and all
**Status:** Read
**Platform:** Web
3/16/2022 4:51:56 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
and so i will advise you to go for banishing spell only
**Status:** Read
**Platform:** Web
3/16/2022 4:52:25 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk
I'm afraid if we banish him, he will take my kids away too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/16/2022 4:54:54 AM(UTC-4) | 3/16/2022 4:56:28 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile
3/16/2022 4:54:53 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
he is your husband?
**Status:** Read
**Platform:** Web
3/16/2022 4:56:37 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk
Ex

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/16/2022 4:57:15 AM(UTC-4) | 3/16/2022 4:57:26 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile
3/16/2022 4:57:13 AM(UTC-4)

16748
SR-213

From: 919820600330@s.whatsapp.net Sk
your kids are with him?
**Status:** Read
**Platform:** Web

3/16/2022 4:57:36 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

The only way we will have peace is if he dies

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/16/2022 4:57:42 AM(UTC-4) | 3/16/202 2 4:58:46 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:57:40 AM(UTC-4)



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Yes.
They are not his kids but he took them.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/16/2022 4:57:56 AM(UTC-4) | 3/16/202 2 4:58:46 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/16/2022 4:57:54 AM(UTC-4)

From: 919820600330@s.whatsapp.net Sk
killing him etc is going to harm you and family as he has some type of protection on him
**Status:** Read
**Platform:** Web

3/16/2022 4:59:41 AM(UTC-4)

16749
**SR-214**



From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Can we figure out what that is?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whats app.net Sk | 3/16/2022 5:00:12 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 5:00:11 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

That would make sense because he has destroyed me for 2 years

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsapp.net Sk | 3/16/2022 5:01:27 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 5:01:23 AM(UTC-4)

From: 15023312977@s.whatsapp.net (owner)
To: 919820600330@s.whatsapp.net Sk

Is there anything you can do to cause the death?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919820600330@s.whatsap p.net Sk | 3/16/2022 6:02:15 AM(UTC-4) | | |

Status: Delivered
Platform: Mobile

3/16/2022 6:00:07 AM(UTC-4)



| 5 | **Start Time:** 2/16/2022 12:16:49 AM(UTC-5) | | |
|---|---|---|---|
| | **Last Activity:** 2/16/2022 12:16:49 AM(UTC-5) | | |
| | **Number of attachments:** 0 | | |
| | **Source:** WhatsApp | | |
| | **Account:** 15023312977@s.whatsapp.net | | |
| | **Body file:** chat-252.txt | | |
| | **Participants:** | | |
| |       15029058306@s.whatsapp.net Luana | | |
| |       15023312977@s.whatsapp.net | | |
| | **Identifier:** 15029058306@s.whatsapp.net | | |

16750
**SR-215**