UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                               DEFENDANT

**ORDER**

The government having moved *in limine* to exclude mental-health testimony and records from the preceding family-court litigation from the evidence at trial, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the government's motion is DENIED.