UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                           CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE M. RUSSELL                                                                   DEFENDANT

### ORDER

This matter is before the Court on the motion in limine of the United States to exclude Defendant's proposed expert testimony offered pursuant to Fed. R. Crim. P. 12.2(b)(1) regarding mental condition bearing on the issue of guilt. The Court having considered the motion by the United States, as well as the motion by Defendant, and being otherwise sufficiently advised,

IT IS ORDERED that the United States' motion to exclude be and it is hereby GRANTED.