UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                         CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                                 DEFENDANT

### ORDER

The government having moved *in limine* to exclude testimony concerning mental disease or defect (R. 125) and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the government's motion is DENIED.