UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                                                CRIMINAL ACTION NO. 3:22CR-58-DJH

STEPHANIE M. RUSSELL                                   DEFENDANT

**UNITED STATES' MOTION FOR EXTENSION OF TIME**

Comes now the United States America, by counsel, and moves for an extension of time in which to respond to Defendant's Motion *in limine* Concerning Admissibility of Mental Health Testimony and Family Court Records. [DN 124]. As grounds for this motion, counsel states that the Court's Memorandum of Hearing and Order entered on January 24, 2024, directed the parties to file any motions *in limine* "regarding the scope of admissible mental-health testimony and records from the preceding family-court litigation" within 2 weeks of entry of the Court's Order. [Order, DN 120, pg. 2 ¶ 3]. The Court's Order did not expressly address the time for filing any responses to these motions. *Id.* The Defendant then moved for an extension of time to file the simultaneous motions *in limine*, which the United States did not oppose. [Order, DN 122]. Defendant filed an Offer of Proof on February 22, 2024 [DN 122], and her Motion *in limine* on February 23, 2024 [DN 124].

Due to administrative or clerical oversight, there was no deadline entered on the undersigned's calendar for responding to Defendant's motion *in limine*.[i] In addition to the clerical oversight, the undersigned was ill and out of the office from February 29, 2024, through March 15, 2024.

1

For the foregoing reasons, the United States requests an extension of time to Friday, March 22, 2024, in which to file its response to Defendant's motion *in limine* Concerning Admissibility of Mental Health Testimony and Family Court Records.  [DN 124].

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/  *Marisa J. Ford*
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5930

---

[i] Previous trial orders entered by the Court have provided for seven days for responding to motions in limine, with no replies filed.  [Order, DN 90, p. 3 ¶ 4, Page ID 362].  Pursuant to this earlier order, the United States' response to Russell's Motion In Limine was due on March 1, 2024.