UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                                                          **CRIMINAL ACTION NO. 3:22CR-58-DJH**

**STEPHANIE M. RUSSELL**                                                                      **DEFENDANT**

## ORDER

This matter is before the Court on the motion of the United States for an extension of time to Friday, March 22, 2024, in which to file its response to Defendant Stephanie Russell's Motion *in limine* Concerning Admissibility of Mental Health Testimony and Family Court Records. [DN 124]. The Court having considered the motion, and being otherwise sufficiently advised,

**IT IS ORDERED** that the motion of the United States be and it is hereby **GRANTED.**