UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,	Defendant.

\* \* \* \* \*

## ORDER

The United States moves for an extension of time to respond to the motion in limine (Docket No. 124) filed by Defendant Stephanie M. Russell. (D.N. 128) The Court previously granted Russell's motion (D.N. 121) for an extension of time to file the motion in limine. (D.N. 122) Having reviewed the motion, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion for an extension of the deadline to respond to Russell's motion in limine (D.N. 128) is **GRANTED**. The United States shall file its response to the motion in limine (D.N. 124) by March 22, 2024.

March 20, 2024

David J. Hale, Judge
United States District Court

1