UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                              CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE RUSSELL                                               DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE
*Electronically Filed*

Assistant United States Attorney David R. Weiser hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ David Weiser*

_____
David R. Weiser
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 625-7068
Email: david.weiser@usdoj.gov