UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                          CRIMINAL ACTION NO. 3:22-CR-00058-DJH

STEPHANIE M. RUSSELL                                                  DEFENDANT

**UNITED STATES' AMENDED EXHIBIT LIST**

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 1 A-P | Screenshots of text messages (redacted) between 224.363.0731 and 502.919.2250 | USA-001990 – USA-002005 |
| 2 | Excerpts of Audio Recording of FBI UCE and Defendant on 05.15.2022 (06:03) | USA-000004 |
| 3 | Excerpts of Audio Recording of FBI UCE and Defendant on 05.16.2022 (24:15) | USA-000005 |
| 4 | Audio Recording of FBI UCE and Defendant on 05.17.2022 (07:07) | USA-000006 |
| 5 | Call Log for FBI UCE phone (0731) | USA-001113 |
| 6 | Surveillance video of FBI UCE picking money up from the Coastal Biotech Drop Box on 05.18.2022 (01:30) | USA-001077 |
| 7 | Clipped Audio/Video of FBI UCE counting money from the Coastal Biotech Drop Box on 05.18.2022<br>Time Frame: 03:56 – 06:25 (02:29) | USA-000008 |
| 8 | Photograph of the Coastal Biotech Drop Box at Kidz Life Pediatrics | USA-001830 |
| 9 A-B | Photographs of UPS Laboratory Pak retrieved from the Coastal Biotech Drop Box from Kidz Life Pediatrics | USA-001831 USA-001832 |
| 10 | Photograph of U.S. Currency inside UPS Laboratory Pak retrieved from the Coastal Biotech Drop Box from Kidz Life Pediatrics | USA-001833 |
| 11 | INTENTIONALLY LEFT BLANK | |
| 12 | Photograph of U.S. Currency on money counter | USA-001829 |
| 13 A-D | Screenshots of text messages between J.R. and A.T. | USA-000105 – USA-000108 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 14A | J.B. Consent to Search iPhone | |
| 14B | Select text messages from Cellebrite Extraction Report between J.B. and the Defendant (502.331.2977 and 502.299.5303) <br> (Pages: 1, 60, 66, 76, 78, 79, 83, 84, 90, 91, 92) | USA-001685 |
| 15 | Select text messages (redacted) from Cellebrite Extraction Report between J.B. and the Defendant (213.435.1902 and 502.299.5303) <br> (Pages: 1, 2, 8-24, 26-90) | USA-001182 |
| 16 | Select text messages (redacted) from Cellebrite Extraction Report between J.B. and the Defendant (502.331.2977 and 502.299.5303) <br> (Pages: 113-144) | USA-001685 |
| 17A | Clipped Audio/Video recording of CHS meeting with the Defendant on 05.12.2022 <br> Time Frame: 11:15 – 13:30 (02:15) | USA-000552 |
| 17B | Clipped Audio/Video recording of CHS meeting with the Defendant on 05.12.2022 <br> Time Frame: 05:24 – 09:53 (04:29) | USA-000553 |
| 17C | Clipped Audio/Video recording of CHS meeting with the Defendant on 05.12.2022 <br> Time Frame: 06:39 – 06:55 (00:16) | USA-000553 |
| 18A | Alcatel – A406DL (IMEI 015695006292106) seized from Kidz Life Pediatrics on 05.19.2022 (PHYSICAL) | |
| 18B | Cellebrite Extraction Report of text messages (redacted) between the UCE and the Defendant (502.919.2250 and 224.363.0731) | USA-001142 |
| 19 | Clipped Surveillance video of the Defendant leaving money in the Coastal Biotech Drop Box on 05.18.2022 <br> Time Frame: 16:16:35 – 16:17:58 (01:22) | USA-001076 |
| 20 A-F | Stills of the Defendant retrieving and returning the Coastal Biotech Drop Box on 05.18.2022 | USA-001076 |
| 21A | Search Warrant photographs taken at 7612 Wolfspring Ct. on 05.19.2022 (Closet) | USA-000503 |
| 21B | Search Warrant photographs taken at 7612 Wolfspring Ct. on 05.19.2022 (U.S. Currency) | USA-000520 |
| 22A | Search Warrant photographs taken at 7612 Wolfspring Ct. on 05.19.2022 (Phone Box) | USA-000526 |
| 22B | Photograph of the IMEI number from the Defendant's phone (502.919.2250) | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 23 | Empty Tracfone box (IMEI 015695006292106) seized during the Search Warrant execution at 7612 Wolfspring Ct. on 05.19.2022 (PHYSICAL) | |
| 24A | Searched items from the Defendant's iPhone 13 Pro Max (502.331.2977) | USA-001491 |
| 24B | Web History from the Defendant's iPhone 13 Pro Max (502.331.2977) | USA-001492 |
| 24C | Website visited from the Defendant's iPhone 13 Pro Max (502.331.2977) | USA-001518 |
| 24D | Website visited from the Defendant's iPhone 13 Pro Max (502.331.2977) | USA-001512 |
| 24E | Website visited from the Defendant's iPhone 13 Pro Max (502.331.2977) | USA-001505 |
| 24F | Website visited from the Defendant's iPhone 13 Pro Max (502.331.2977) | USA-001522 |
| 25 | Certified T-Mobile Records for 502.819.7313 | USA-001873 USA-001872 |
| 26 | Video of J.S. entering R.C.'s garage (00:12) | USA-001877 |
| 27 A-B | Stills of J.S. entering R.C.'s garage | USA-001877 |
| 28A | Note left in R.C.'s garage (PHYSICAL) | |
| 28B | Photograph of the note left in R.C.'s garage | USA-001886 |
| 29 | LMPD Harassment Complaint filed by R.C. | USA-001880 |
| 30A | Voicemail left for R.C. (01:20) | USA-001888 |
| 30B | Voicemail left for R.C. (03:04) | USA-002021 |
| 30C | Voicemail left for R.C. (01:28) | USA-001889 |
| 31 | April 23, 2019 Letter sent to the Complex Manager for Morgan Stanley | USA-002017 |
| 32A | Photograph of the flyer left on cars outside of Morgan Stanley | USA-001887 |
| 32B | Photograph of R.C. from the Defendant's iPhone 11 | USA-001490 |
| 33 | INTENTIONALLY LEFT BLANK | |
| 34 | INTENTIONALLY LEFT BLANK | |
| 35 | INTENTIONALLY LEFT BLANK | |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| 36A | Cellebrite Extraction – Device Information for the Defendant's iPhone 7 | USA-002014 |
| 36B | Cellebrite Extraction – Contact for Jeff S from the Defendant's iPhone 7 | USA-002022 |
| 37 | Cellebrite Extraction – Voicemail Log showing a voicemail left by Jeff S on the Defendant's iPhone 7 on 07.19.2019 | USA-002014 |
| 38A | Cellebrite Extraction – Device Information for the Defendant's iPhone 6s | USA-001110 |
| 38B | Cellebrite Extraction – Contact for Jeffrey a Schmidt from the Defendant's iPhone 6s | USA-002023 |
| 39 | Certificate of Authenticity of Data Copied from Electronic Devices from the FBI RCFL | USA-002124 |
| 40 | Certified Copy of 18-CI-501606 – Crabtree v. Russell – Findings of Fact, Conclusions of Law and Custody Decree | USA-002024 |

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

/s/ *Marisa J. Ford*
Marisa J. Ford
David R. Weiser
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
Marisa.Ford@usdoj.gov
David.Weiser@usdoj.gov