UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL,     Defendant.

\* \* \* \* \*

## ORDER

The Court has adopted the use of detailed juror questionnaires to facilitate the voir dire process in this case. The Court now finds that a pretrial hearing for the Court and counsel to review answers to juror questionnaires in advance of voir dire will allow for a more efficient and thorough voir dire process. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **SET** for a hearing at the U.S. Courthouse in Louisville, Kentucky, on **April 19, 2024, at 1:00 p.m**. Having received the questionnaire responses, counsel shall come prepared to discuss potential strikes for cause.

April 18, 2024

David J. Hale, Judge
United States District Court

1