UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-58-DJH

STEPHANIE M. RUSSELL, Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

This matter came before the Court for a pretrial conference on April 19, 2024, with the following counsel participating:

> For the United States:   Marisa Ford
> David Weiser
>
> For Defendant:   Scott Cox
> Scott Coleman Cox, II
> David Mour

The defendant was present. The parties, Court, and counsel reviewed the responses to the juror questionnaires and agreed that jurors 3, 8, 16, 19, 39, 95, 152, 199, 216, 242, 267, 277, 281, 290, 299, 302, 310, 327, and 349 should be excused from the jury pool for cause. Based on the discussion during the hearing, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1) Jurors 3, 8, 16, 19, 39, 95, 152, 100, 216, 242, 267, 277, 281, 290, 299, 302, 310, 327, and 349 are **EXCUSED** from the jury pool for cause and the Court's jury administrator shall inform the jurors listed that they need not be present at the start of trial.

(2)     The trial of this matter will commence at **9:00 a.m.** on **April 22, 2024**, at the U.S. Courthouse in Louisville, Kentucky.  Counsel shall be present in court by **8:30 a.m.**

April 19, 2024

*[Signature]*

David J. Hale, Judge
United States District Court

Court Time: 00/50
Court Reporter: Dena Legg