**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

**v.**                                        **CRIMINAL ACTION NO. 3:22-CR-58-DJH**

**STEPHANIE M. RUSSELL**                              **DEFENDANT**

**ORDER**

Upon consideration of the United States's Motion in Limine to preclude any mention of allegations of physical or sexual abuse, the Motion is GRANTED. Counsel shall make no mention of or reference to physical or sexual abuse, witnesses shall be instructed to make no mention of or reference to physical or sexual abuse, and exhibits shall be redacted to eliminate any mention of or reference to physical or sexual abuse.